1  **Stuart B. Wolfe (SBN 156471)**
   *sbwolfewyman@ww.law*
2  **Jonathan C. Cahill (SBN 287260)**
   *jccahill@ww.law*
3  **WOLFE & WYMAN LLP**
   **980 9th Street, Suite 1750**
4  **Sacramento, California 95814**
   **Telephone:  (916) 912-4700**
5  **Facsimile:   (916) 329-8905**

6  **Attorneys for Defendant**
   **NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING**
7

8              **UNITED STATES DISTRICT COURT**

9         **EASTERN DISTRICT OF CALIFORNIA– SACRAMENTO**

10

11 | ARTHUR HARRIS, | CASE NO.: |
   |---|---|
12 | Plaintiff, | SOLANO COUNTY SUPERIOR COURT CASE NO.: FCS056039 |
13 | v. | **NOTICE OF REMOVAL TO FEDERAL COURT** |
14 | NEW REZ, LLC; SHELLPOINT MORTGAGE COMPANY, | |
15 | | |
16 | Defendant. | |
17 | | |

18

19 **TO THE CLERK OF THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR**

20 **RESPECTIVE ATTORNEYS OF RECORD**

21        **PLEASE TAKE NOTICE** that Defendant NEWREZ LLC D/B/A SHELLPOINT

22 MORTGAGE SERVICING, (hereafter "SHELLPOINT" or "Defendant") hereby removes to this

23 Court, the state action described below pursuant to 28 U.S.C. § 1441 et. seq.

24        1.      On February 11, 2021, a Complaint was filed in the Solano Clara County Superior

25 Court entitled <u>Arthur Harris v. NewRez, LLC, et al.,</u> Case No. FCS056039.  (See **Exhibit A**.)

26        2.      This Notice of Removal is timely under 28 U.S.C. §1446(b)(3) because it is being

27 filed within thirty days after SHELLPOINT's receipt of a copy of the Summons and Complaint,

28 which is the initial pleading setting forth the claims for relief. Although there has been no proof of

                                    1
                          **NOTICE OF REMOVAL**

1   service on any defendant filed in the Superior Court as of the date of this removal, this state court

2   action was filed on February 11, 2021 and SHELLPOINT has not been served with the Summons

3   and Complaint since that date.

4         3.     This action is a civil action over which this Court has original jurisdiction under 28

5   U.S.C. § 1331 and is one which may be removed to this Court by Defendants pursuant to 28 U.S.C.

6   § 1441(a), as Plaintiffs asserted claims for relief in the Complaint pursuant to Fourth and Fourteenth

7   Amendment to the U.S. Constitution, 18 U.S.C. §§ 1341, 1343, 1614 and 12 U.S.C. § 2605 and the

8   Fair Debt Collection Practices Act.  This Court also has supplemental jurisdiction of Plaintiffs'

9   pendent state law causes of action pursuant to 28 U.S.C. § 1367.

10         4.     Additionally, this Court has original jurisdiction of this civil action under 28 U.S.C. §

11   1332 and hence this action may be removed to this Court by Defendant pursuant to the provisions of

12   28 U.S.C. § 1441(b) based upon the diversity of citizenship of the parties.

13         5.     Plaintiff is a citizen of California.

14         6.     SHELLPOINT is a citizen of Delaware and New York.  The citizenship of a limited

15   liability company is determined by the citizenship of each of its members. *Harvey v. Grey Wolf*

16   *Drilling Co*., 542 F.3d 1077, 1080 (5th Cir. 2008). NewRez LLC d/b/a Shellpoint Mortgage

17   Servicing is a wholly-owned subsidiary of Shellpoint Partners LLC, a Delaware limited liability

18   company. Shellpoint Partners LLC is a wholly-owned subsidiary of NRM Acquisition LLC and

19   NRM Acquisition II LLC, both of which are Delaware limited liability companies. Both NRM

20   Acquisition entities are wholly-owned subsidiaries of New Residential Mortgage LLC, a Delaware

21   limited liability company. New Residential Mortgage LLC is a wholly-owned subsidiary of New

22   Residential Investment Corporation, a Delaware corporation with its principal place of business in

23   New York.

24         7.     Pursuant to 28 U.S.C. §1332(a), there is a sufficient amount in controversy as it is far

25   "more likely than not" that the amount in controversy exceeds $75,000 as the Complaint states it is

26   seeking punitive damages in the amount of $350,000, in addition to $350,000 in compensatory

27   damages, and a permanent injunction preventing foreclosure of the Property. (*See* Complaint, at P. 7

28   - prayer for relief; *Sanchez v. Monumental Life Ins. C*o. (9th Cir. 1996) 102 F.3d 398).  Furthermore,

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

w&w

3870163.1

1  "In actions seeking declaratory relief, it is well established that the amount in controversy is

2  measured by the value of the object of the litigation. [Citation.]  If the primary purpose of a lawsuit

3  is to enjoin a bank from selling or transferring property, then the property is the object of the

4  litigation." *Hunt v. Wash St. Apple Adver. Comm'n* (1977) 432 U.S. 333, 347; see also *Garfinkle v.*

5  *Wells Fargo Bank* 483 F.2d 1074, 1076 (9th Cir. 1973.) Here, Plaintiff's complaint also seeks a

6  permanent injunction preventing foreclosure of the Property.  The Property is security for a Deed of

7  Trust in the amount of $202,500.00.  Accordingly, the amount in controversy clearly exceeds the

8  $75,000 threshold.

9          8.      Supplemental jurisdiction of any state law claim is proper under 28 U.S.C. §1367(a).

10         9.      The United States District Court for the Eastern District of California has

11  jurisdiction in this civil action as the real property that is the subject of the Complaint is located in

12  the County of Solano.  Specifically, the real property at issue is commonly known as 617 Daniels

13  Ave., Vallejo, CA 94590 (the "Property").  Moreover, the Superior Court of California for the

14  County of Solano is located within the Eastern District of California. (28 U.S.C. § 84(a)).  Thus,

15  venue is proper in this Court because it is the "district and division embracing the place where such

16  action is pending." (28 U.S.C. §1441(a))

17         10.     Based on the above-referenced allegations, pursuant to 28 U.S.C. §1441, et seq.,

18  Defendant is entitled to remove this entire action from the Solano County Superior Court to the

19  United States District Court for the Eastern District of California, and Defendant SHELLPOINT

20  wishes to exercise that right.

21         11.     Pursuant to 28 U.S.C. §1446(a), Defendant hereby attaches true and correct copies of

22  the pleadings filed with the state court that it has received as follows:

23             (a)     Complaint and Supplement thereto (**Exhibit A**).

24         12.     Pursuant to 28 U.S.C. §1446(d), counsel for SHELLPOINT will promptly

25  give written notice of the removal to all adverse parties and will file a copy of the notice with the

26  Clerk of the Solano County Superior Court.

27  ///

28  ///

3

**NOTICE OF REMOVAL**

1

13.     SHELLPOINT reserves the right to supplement or amend this Notice.  SHELLPOINT

2    also reserves all rights, including, but not limited to, defenses and objections as to venue, personal

3    jurisdiction, and service.

4        The filing of this Notice of Removal is subject to, and without waiver of, any such defense or

5    objection.

6

7    DATED:  April 8, 2021                          WOLFE & WYMAN LLP

8

9                                                   By:  ____/s/  Jonathan C. Cahill_____
                                                        STUART B. WOLFE
10                                                      JONATHAN C. CAHILL
                                                   **NEWREZ LLC D/B/A SHELLPOINT**
11                                                  **MORTGAGE SERVICING**

3870163.1

**<u>EXHIBIT "A"</u>**

EXHIBIT "A"

ARTHUR HARRIS
1902 2nd Ave #520
Seattle Wa 98101
Phone no 206-643-6719

RELATED case no
220-CV-00642 JCC
Seattle District Court

FILED
Clerk of the Superior Court

FEB 11 2021

By _____
DEPUTY CLERK

(1)

Superior Court of California
City of Fairfield County of Solano

Arthur Harris
    Plaintiff
        VS
Shellpoint Mortgage Management
Company; New Rez llc

        Defendents

And does 1-17

California, Rosenburg
act civil code Sec
1788, 1788.33 and
2923.4 and (5)

FCS056039

Fin        $435-

civil complaint
for damages per
suant to 15 USC
1692 d-1-6 and
12 USC 2605, and
18 USC 1341, 1343
and 1641, and california
penal code section 484,
118, 1131 and california
civil code section
2923, 4, 5, and 1788,
1788.33

ASSIGNED TO
JUDGE    ALESIA JONES
FOR ALL PURPOSES

Related case no
2.20-CV-00642 JCC

DMS

(1)

ARThur Harris
1902 2nd Aue #520
SeATTle, WA 98101
Phone no. 206-643-6719
In pro per

Related case no.
2:20-CV-00642 JCC
Seattle District Court
Federal

Superior Court of California
County of Solano City of Fairfield

| | |
|---|---|
| ARThur Harris<br>Plaintiff | case no |
| vs. | |
| New Rez LLC ETA1<br>Defendant | Complaint For damages For Violations of California Penal Code Sections 484, 118, and California Civil Code Section 1788-1788.33 and For Violations of 18 uscs 1341, 1343, 1621, and of 12 4sc 2605, and of California Civil Code Section 2923.4, 5 |
| Ditech Financial<br>Defendant | |
| Shellpoint Debt Collection Agency<br>Defendant | |

②

②

## I.
## Jurisdiction

This Court has Jurisdiction under 28 USC 1331 / Article 1 Section 10 under the Catfornia constitution

## II
## Venue

This Court has Venue under 28 usc 1391

## III
## Parties

(1) Shell point Mortgage Management Servicing Company, is Located at P.O Box 740 039 Cincinnati OH. 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, and 55 Beattie Place Suite 110, Greenville, SC 29601, and does business From That Location who believes That IT owns PlainTiff Mortgage Contract.

(2) DiTech II LLC, and New Re2, LLC, are Mortgage Servicing companies Located at 4000 Chemical Road -RD Plymouth. Meeting P.A. 19462, and does business From That Location whom believes That They Solely owns PlainTiffs ③

Mortgage Contract.

③

## IV
## Damages

Plaintiff Seek damages against all defendants For violations of 15 usc 1692d 1-6, 12 usc 2605, and 18 USCS 1341 and 1343, and 1641, and violations of California Civil Code Section 1788, 1788.33, and 2923.4.5, and violations of California penal Code Sections 484, 118, and 131, and of The Federal and California, Fair Debt Collections practice Acts. As Codified under

## V
## Prayer

(I) Plaintiff Prays For The Following

(A) 250,000 Two Hundred Fifty Thousand Dollars In general damages

(B) 250.00 Two hundret Firty Thous and Dollars In Conpensatory Damages

④

(4)

(C) 250,000 Thousand Dollars
In punitive damages.

(D) This Court order all defendants To
Turn over To plaintiff his Deed of
Trust Immediately.

(E) That This Court Make a Finding
in This Case That non of The defend
ant have The Legal Standing Necess-
ary To enForce The Condictions Set
ForTh in plaintiff august 25, 2015
mortgage Contract.

(F) This Court Make a ruling That non of
The defendant in This Case have The
Legal authority To enforce The Condict
ions of plaintiff 8/25/2015 mortga
ge Contract with his original creditor
penacle LLC.

(F) That This Court order all of The defe
ndant here to STop Harrassing plai
ntiff by ConTinuing To Send him bills
in The Future demanding That he owes
Them 183,600 Thousand dollars mort
gage payment. especially afTer he'd

(5)

paid Them That Same money To Co
(5) ver The MonThs That They'd claim
he owed Them For.

(F) That This Court grant him any such
FurTher relief it deems Just and proper.

## VI.
## Facts

On or around August 30, 2015, PlainT
iff brought a Single Family house
Located aT 617 Daniels Ave Vallejo
California 94590. The Company That Fi
nance That Property was Called penq
cle FinanCes LLC. This property was
Finance Throught The VA Home Loan
program at That Time. Several month-
s latter into The Servicing process, Pla
in Tiff recieved a Letter From a new
Company Called DiTech Finance LLC,
Informing him That They were The new
owners of his Contract and told him
To Send, From That point on, all of his
Payments To Them To Cover his mortgage
Contractual Obligations. Following Th-
eir Instruction, PlainTiff paid This (4)

(6) paid Ditech all of his mortgage pa-
yment recteepts from that date of the
letter to February 4, 2020.

on February 4, 2020, Plaintiff recieved
another letter from the ditect company
Telling him to not pay them anymore
money After February 4, 2020, beause
they had transferred his contract to
another company. That company name
was Mew ReZ, LLC. going on Ditech
went on To Tell plaintiff that any fu
ture payment past 2/4/2020, should
be paid To new ReZ. unhappy with
This turn of events, Plaintiff immead
elly, wrot a letter to Ditech and
new ReZ, Telling them that he believed
that they broke california's and fede
ral Laws when they'd transferred
his contract to one another without
giving him an opportunity to challenge
That transfer. He also informe them
That they'd further broke the laws
when they'd failed to cite any
california or federal laws in their
letter sent to him giving them the
legal authority to transfer his
contract in the first place. con —(7)

(7)    Tinuing, Plaintiff Told Them That he will pay Them The money That They were asking For To Cover his mortgage obligation, But, He went on to admonish, Them That he was doing so under Legal protest untill he File a Law suit against Them. (See Exhibit A) Attached Here To and Labled The Same

Immediately AFter Plaintiff Sent his complaint To The defendants in This Case, They, The defendant, began to Send him many many Invoices, In reply Claim That The intented To Foreclose on his property if he Failed To Pay Them money on his mortgage That he'd Had all ready paid Them in The past. In reply To Those Invoices Plaintiff Sent Them copys oF all The payments, That They'd Claimed That he owe Them, Cashier checks To prove To Them That he had alveady payed Them For. In respance, To Those reciepts that Plaintiff Sent Them, The defendants ignored Those checks, and continued To Send Plaintiff Several more ForeFieture Letters and Invoices, For (10) Ten (8)

more months. (see Exhibit B attached

(8)    hereto and Labled The Same)

disgusted and Frustrated, with The
defendants continued Harassmental be
havior, Plaintiff phone Them Several
Times, within That (8) Eyght month period,
Telling To Stop: Sending him Those Fraud
dulent Invoices demanding him To pay
Them money For his mortgage That he
had already paid Them already For.
Heid went on To Tell Them That Reir
behavior by continuing to send Them
Those bills were Violative of both State
and Federal Fair Debt Collection practice
acts. In reply To Plaintiff warning
The defendants and/or Their agents
on The other End of The Called Told
plaintiff That [Quote, "we did send
you all of Those Bills and we Esp
eck you To Honor and Pay them"
"we recieved your Contract on apr -
11, 2020, which means that, we
are The Sole owner of your Contract"
and because so, we Expect you To
pay us" ] "we will Continue To send
you Bill In The Future demanding
our Money, regardless of what    (9)

(9) you believes. Hold on, Plaintiff Said, Ive already paid you on Those bills you are Sending me right now. To prove This Point, Ive sent you several copies of The Bank of America Cashier Checks That I Sent you To prove I paid Them, now, in reply To Those payments, you people do not care, and continue To Send me Fradulent and Harassment Bills out of spite, ? Yes, The Voice on The other End Said, Furthermore, He continued To say, "we are going To call you as much as we Like In The Future and demand That you pay us again. good day, mr Harris, The Voice Said, Then He Hung up The Phone.

A Few days Later, Plaintiff recieved a phone call From one of shell points a gents around 10pm At night. The Voice on The other End of The Line, was Female, The person Told Plaintiff That She wanted To Tha talk about The problem That we are Having on This mortgage payment issue. immediately After The woman completed her Statment, Plaintiff Told The woman That Their actions demanding (10)

(10) money From him To pay For mortgage
payments That He had payed Them
For already was in violations of Sate
STATe and Federal Fraud and ExsTortion
Laws. The woman said in reply, That
He records shows That PlainTiff did send
Them Three checks To Cover The months
of march, April and may of 2020. But
has not recieved payments For June, July, august, September, October november
of 2020. In reply To Those statements
plainTiff Told The woman That He'd sent
Them payments(To cover) reciepts prouing
That he paid Trom checks To Cover all
of The above named months up to Se
pTember 2020, and That The September
2020 check was Sent Back To him by
her Company Claiming That he'd pay
ed Them That Check past The 90 days
Cut off day, as to That September
check, He Told her That That Letter
sending back That Check lied when
IT stated That plainTiff Pay Trom That
check, or any of The other checks past
The Legal agreeded to cut off date,
one monTh beFore That, and Those checks
were due(see ExhiBit (6) ATTached
Here To and Labled The Same)   (11)

(11) Finally, Plaintiff asked the wom-
an on the other end of the phone
what law did the use to support th-
ler decision to transfer his mortgage
contract from penacle, to Ditect, to
new Rez, without his permission
and without affording him Due process
of Law by giving him an opportunity to
chalenge that transfer in open court.
In responce to that Question, the woman
said, "State Law." Second Latter, she
Hung up the phone.

## VII
## Causes of Actions

Plaintiff Asserts That 12
USCS 2605 is unconstitu
tional on it's Face; In That
it violates the Fifth and
14th amendment to the
United States Constitution
Due process clauses as
Were used against him
In his case 12 USC 2605

although defendants did not admit
using sections 12 USC 2605 TO    (12)

(12) Support Their decision To Trans
For his mortgage Contract In The
First place. PlainTiff asserts That
The above is True because Due process
requires That no property Can be
Taken or Transfer From any citizen
of The united States will by The gove
rnment without first giving That
citizen Due process of The Law. and
Due process of Law has been define
d by The U.S Supreme Court as giving
any citizen under The Factual circum
stances as plainTiff here An oppor
Tunity To defend. Section 2605
as written in it's present State de-
nies plainTiff an opportunity To
defend against The Transfer of his
Contract From diTech To new Rez,
Because iT's Language only man
dates The Servicer To give PlainTiff,
and all oTher Similarly Situated
borrower, Notice before they Trans
his Contract. In Federal Law, Just
Giving Notice To The Borrower, is
noT TanTemount To Due process
on iT's own. again, Due process Mean
giving PlainTiff The right or opp
orTunity To defend against The       (13)

Tranfer of his mortgage Contract
in open Court. This Process was not
(13) provided to plaintiff by the defend
ants or section 2605, there by, Mat
ing his Transfer invalid and uncon
stitutional. going on plaintiff also
Contends that section 12 USC 2605
is unconstitutionally defective
on its face as it was used against
him, when those defendants transferr
ed his mortgage Contract From Dite
CH to new Rez, Because it, 2605,
does not include in it Language.
any, due process element, that allows
Plaintiff to use in Court to challenge
the transfer of his Contract. one more
reason Plaintiff Contends that sec
tion 2605 is unconstitutionally de
fective on it Face is that it allows
any mortgage servicer to transfer
borrowers Contract, without those
borrowers permission or imput, by
allowing them to make those transferr
by skipping past basic Contract laws
that gives All parties to a Contract right
that allows them to accept or reject Condi
tions in a Contract that may be detrime
ntal to their interest in those Contracts. (14)

(14) In short, Plaintiff asserts that
That Section allows the Servicers
to Transfer Borrower mortgage
contract from one Servicers to a
nother without following basic co
ntract Laws specifically to Seven
(7) elements of contract construction
which are (1) offer (2) acceptance (3)
Mutual assent meeting of the mind
(4) Consideration (5) Capacity (6) Le
gality contracts (7) Legality, these
element were not followed by the
defendant in Plaintiff case before
Shellpoint claimed that they are
the Sole owner of Plaintiff mortgage
contract in his case, nor does Sec
tion 2605 matdate that these ele
ments be followed by the Servicers
before they Transfer Plaintiff, and
all other similarly situated Borrowers
Mortgage contract, to aa another Ser
vicer without those borrower Per—
mission or Input, again, Plaintiff
contend that Section 2605 is unconsti
tutionally defective on it's Face because
of the Same reason heid cited above
and because so, demands that this
Court Finds the Same and order (15)

That Section be Legally decla
red invalid and constitutionally
(15) defective on its Face.

## VIII

## Cause of Action II

Plaintiff assert That
All defendants violated his
rights under The Federal
Statute 15 USC 1692 d1-6
Federal Fair Debt collection
Practice act and also violated
The California Rosenburb act
as codified as The California
Fair Debt collection practice act
under California Civil Code Section
1788, 1788.33 and 2923.4.5

Because all defendants named in This
Case Sent plaintiff several Mortgage
Foreclosure notices and Letter demanding
That he pay Them money To cover (8)
eight monts of mortgage payment bills
That he had allready paid Them, He asserts
That Those defendants violated his rights
under Sections 15 USC 1692 D 1-6, and
California Civil Codes Sections 1788, (16)

1788, 33 and 2923, 4 and 5. He also
asserts, That by doing The Same,
(16) Those defendants violated Several
other Federal and State criminal
Laws as well, Such as, but not Limi
ted To, 18 USC 1341, 1343 and 1641,
California penal Code Sections 484
118, and 131. In This Case, Plaintiff
asked Those defendants To Cease
and desist From sending him Those
Fraudulent Mortgage payment in
voices and Those Fraudulent Fore
closure notices For well over an 8
month period of Time. In very,
Those Same defendants Continue To
Send Plaintiff all of The Same any
way. (See related Case records un
der Case number 2:20 CV-00642
JCC US. district Court in Seattle WA)
Feed up, ~~recieving~~ with reciaving
Those Foreclosure notices and Mortgage
payment bills, Plaintiff File Suit
against Them in Federal district Court
in Seattle WA. asking That Court To
order Them To Stop it. Filing That
suit did not eventually Stop Those
defenents From continuing To do the
Same, because, Plaintiff Just Today (16)

Recieved another (See Exhibit D attached hereTo and Labled The Same)

(17) Because Plaintiff is still recieving These Foreclosure Letters and mortgage payment bills, He, in reply, is Filing This, his, Second Law suit against Them in your Court.

## VIIII
## Conclusion

Based on all of The above, Plaintiff request That This court grant him all of The relief That he asked For in thies prayer Seation of This Complaint.

## X
## Verification

I, ARThur Harris is PlainTiff In The above numbered entire Case, and declares under The penalty of perjury That all of The above is True and Correct under Both Federal and State Laws.

Dated 11/12/2020  RespectFully Submitted

ARThur Harris

(17)



**Shellpoint**
Mortgage Servicing

55 Beatle Place, Suite 110
Greenville, SC 29601

Toll Free Phone 1-800-365-7107
Toll Free Fax 1-866-467-1137

*Hours of Operation*
Monday-Friday 8:00AM 10:00PM
Saturday 8:00AM-3:00PM

October 22, 2020

ARTHUR LEE HARRIS
1902 2ND AVE APT 520
SEATTLE, WA 98101

RE:   Subject Property: 617 DANIELS AVE VALLEJO, CA 94590
      Reference Number: 0579713746

Dear ARTHUR LEE HARRIS:

This letter is in response to your recent inquiry regarding the above referenced loan. Shellpoint Mortgage Servicing ("Shellpoint") began servicing the loan on or about February 04, 2020.

Please accept our sincere apologies for any inconvenience regarding your monthly mortgage payments. Please find enclosed Loan History Summary for your loan. I have highlighted all the payments received this year. Only eight payments have been received this year. If you believe that payments made are not reflected here please send in proof of payment. Unfortunately, the hand-written list you sent is insufficient. Please send either the front and back of the cancelled checks and/or the full un-redacted bank statements for the months in question. When that is received, we can investigate this matter further.

If you have any additional questions or concerns, please contact our Customer Service department at 800-365-7107.

Sincerely,

Customer Service
Shellpoint Mortgage Servicing

*Recieved on Saturday 11/7/2020 AT 11 pm*

*(2)*

*(18)*

*[handwritten: Exhibit (A)]*

**ditech.**

PO Box 15009
Tempe, AZ 85284-0109

Phone: 1-800-643-0202
Fax: 1-866-870-9919
ditech.com

January 20, 2020

*[handwritten: Received on (A) Friday 1/23/2020 AT 10:44 AM]*

\*\*\*\*\*\*\*\*\*\*\*\*\*AUTO\*\*ALL FOR AADC 980
ARTHUR L HARRIS
1902 2ND AVE APT 520
SEATTLE, WA 98101-1135

RE:   Ditech Financial LLC ("Ditech")
       Account Number: 6588867

Dear Valued Customer(s):

### NOTICE OF SERVICING TRANSFER

The servicing of your mortgage account is being transferred, effective with your payment due 3/1/2020. This means that after this date, a new servicer will have the right to collect your mortgage account payments. If your new servicer will accept payments prior to this date, it will be noted below. Nothing else about your mortgage account will change.

Ditech is now collecting your payments. Ditech will stop accepting payments received from you after 2/3/2020.

NewRez LLC ("NewRez LLC") will collect your payments going forward. Your new servicer will start accepting payments received from you on 2/4/2020.

If you are currently participating in an automated payment plan with Ditech, your payment plan will be cancelled as part of the transfer of servicing to NewRez LLC, effective 2/4/2020. If you are interested in establishing automatic payments with NewRez LLC, please contact them after the transfer effective date.

**All payments made on or after 2/4/2020 should be sent to NewRez LLC at this address:**

P.O. Box 740039
Cincinnati, OH 29603-0826

If you have any questions for either your present servicer, Ditech, or your new servicer, NewRez LLC, about your mortgage account or this transfer, please contact them using the information below:

Current Servicer:
Ditech
Customer Service
1-800-643-0202
P.O. Box 15009
Tempe, AZ 85284-0109

New Servicer:
NewRez LLC
Customer Service
877-263-0149
P.O. Box 10826
Greenville, SC 29603-0826

**This communication is from a debt collector. It is an attempt to collect a debt, and any information obtained will be used for that purpose.**




EQUAL HOUSING
LENDER

Goodbye RESPA NBK, 05172019

LTR-026alt



Under Federal law, during the 60-day period following the effective date of the transfer of the account servicing, an account payment received by your old servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on you.

<u>Ditech</u>                                      <u>January 20, 2020</u>
Present Servicer                              Date

If you use a third party bill pay provider for your payments, please make arrangements to notify them of your new servicer's contact information. If you are interested in establishing automatic payments with NewRez LLC, please contact them after the transfer effective date.

*[Handwritten: Recieved on Saturday]*

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

*[Handwritten: EXHIBIT (C)]*

**NewRez**

Phone Number: 866-317-2347
Fax: 866-467-1137
www.newrez.com
Mon - Thu: 8:00AM-10:00PM
Fri: 8:00AM-10:00PM
Sat: 8:00AM-3:00PM

S-SFRECS20 L-1017 R-200
PBT38M00V01161 - 616882355 I04642
ARTHUR LEE HARRIS
1902 2ND AVE APT 520
SEATTLE WA 98101-1135

| Loan Number: | 05797 13746 |
| Principal Balance: | $183,169.32 |
| Property: | 617 DANIELS AVE VALLEJO, CA 94590 |

*[Handwritten: 3/28/2020 AT 8:45PM]*

03/19/2020

Dear Homeowner,

Your mortgage payment that was due on **03/01/2020** is now over 17 days past due. So as of **03/19/2020**, your total amount due is **$1,165.21**, and your principal balance is **$183,169.32**. However, interest, late fees, and other charges can vary from day to day, so the amount you owe may change if you don't pay right away. If you've already paid in full since we mailed this letter, **thank you**. *Please disregard this letter.*

**We haven't yet reported to any credit agencies.** As of **03/19/2020**, we have not yet reported your payment as late to any of the credit-reporting agencies. But we may report your nonpayment if we don't receive your full payment before **04/01/2020**.

**You have payment options.** We offer you several convenient ways to pay:

○ **Autodraft.** It's easy to have us automatically deduct your payments directly from your bank account. Call us and we'll help you set it up.

○ **Website.** Log onto your account on our website at **www.newrez.com** and make your payment in a few moments. If you haven't yet created an online account, select the **Setup Your Account** option from the **Tools** menu and follow the instructions and prompts. *Note:* We may charge you a small fee for paying online, but we'll tell you what the fee is *before* we process your payment.

○ **Mail.** Make your check or money order in the amount of **$1,165.21** payable to **NewRez LLC**. Be sure to write your loan number on your check or money order and mail your payment to:

| **Regular Mail:** | **Overnight shipping:** |
| --- | --- |
| **NewRez LLC** | **NewRez LLC** |
| P.O. Box 740039 | Attn: Payment Processing |
| Cincinnati, OH 45274-0039 | 55 Beattie Place, Suite 500, MS-501 |
| | Greenville, SC 29601 |

   *Note:* Regular mail delivery times are uncertain. We assess late fees based on when we receive your payment, *not* when you mail it. To avoid late fees, you may want to use overnight shipping.

○ **Online bill-pay.** Online bill-pay is a quick, certain, and easy way to pay. Make sure the payee name is listed as NewRez LLC.

○ **Phone.** Dial **866-317-2347** and follow the voice prompts to pay using our intelligent, automated phone system. *Note:* We may charge you a small fee for a phone payment--but we'll tell you what the fee is *before* we process your payment.

**Need help?** Are circumstances beyond your control preventing you from making your payment? *We're here to help.* Call our representative **Linda Henderson** immediately at 877-269-1203 ext. 5108. We'll do everything we can to develop a payment plan that works for you.

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

Additional resources are available.

- Contact HUD-approved counselors who are available to provide you with mortgage payment assistance information you may need. You can use the search tool at http://www.hud.gov/offices/hsg/sfh/hcc/fc/ and https://www.consumerfinance.gov/find-a-housing-counselor/ or call 1-800-569-4287 to find a counseling agency in your area. Additionally, the Homeowner's HOPE™ Hotline offers free HUD-certified counseling services and is available 24/7 in English and Spanish. Other languages are available by appointment. Certified counselors can be reached by calling 888-995-HOPE ™ (4673) or 800-877-8339 with TTY device.

- Contact the Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or visit www.consumerfinance.gov/mortgagehelp

¿Hablas Español? Esta carta contiene información importante sobre su préstamo hipotecario. Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan Español al numero;866-317-2347

Sincerely,

**Customer Care Team**
NewRez LLC

# Visit your homeowner portal today!

As a Shellpoint homeowner, you have access to a secure borrower portal with helpful features that are available to you at any time, day or night!



## www.ShellpointMortgageServicing.com

**Instant Prequalification -** Conduct a self evaluation to determine eligibility for one of our loss mitigation workout options.

**Download Forms -** Download all the documents required to complete your application.

**Submit Documents -** Upload all the documents required to complete your application

**Workout Status -** Review the status of your workout option or foreclosure alternative in real time.

**Payments -** Make your trial, repayment plan, and other payments online.

**Everything Else -** Access helpful information about available options and other important information.



## Shellpoint
### Mortgage Servicing

www.ShellpointMortgageServicing.com

LossMitigation@shellpointmtg.com
phone 866-825-2174
fax 866-467-1137

## Registration Process

If you already have an account with us, simply go to www.shellpointmtg.com and log in using your name and password.

If you have not created an account, please follow these easy steps:

1. Visit our website at
   www.ShellpointMortgageServicing.com
2. Click "Register Here"
3. Follow the easy on-screen instructions



prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days     91-170/1221     Date 11/29/19 09:07:37 AM

*Exhibit (13)*     NAZ

5TH & OLIVE BANKING CENTER
0001    0055004    0006

Pay    BANK OF 1185-64
AMERICA ONE[ONE]EIGHT[FIVE] CTSCTS     **$1,185.64**

**One Thousand One Hundred Eighty Five and 64/100 Dollars**

To The
Order Of    DITECH FINANCIAL

*From   4/1/2020 To 2/1/2020*

Remitter (Purchased By): ARTHUR L HARRIS

Not-Negotiable
Customer Copy
Retain for your Records

Bank of America, N.A.     *Paid on Friday 11/30/2019*     457002931694
PHOENIX, AZ

*acc nn. 000 65 88867*



Cashier's Check – Customer Copy

No. 0792418637

Date 12/31/19 09:07:38 AM

91-1701221

NAZ

Void After 90 Days

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

5TH & OLIVE BANKING CENTER
0005    0055004    ·0005

Pay
**One Thousand One Hundred Eighty Five and 64/100 Dollars**

BANK OF AMERICA
**1,185.64**
***ONE THOUSAND ONE HUNDRED EIGHTY FIVE DOLLARS 64 CENTS***

To The
Order Of    DITECH FINANCIAL
FROM 2/1/2020-3/1/2020

Remitter (Purchased By): ARTHUR L HARRIS

Bank of America, N.A.
PHOENIX, AZ

***$1,185.64***

Not-Negotiable
Customer Copy
Retain for your Records

457002931694

*handwritten:* ACC NO. 000 65 88867
*handwritten:* From 2/1/2020 TO 3/11
*handwritten:* 2020
*handwritten:* Pa_rd on Tuesday 12/31/2019

00-53-3364B 11-2010

To New Rez. Customer Service;
below is my First Payment to your
company; I sent this payment to you
on 1/31/2020 to cover March 1,2020
Billing Cycle. I sent this check to me

Ace no

5TH & OLIVE BANKING CENTER
0001    0055004    0004

**Cashier's Check - Customer Copy**

No. 0792418839

91-170/1221

Void After 90 Days

Date 01/31/20 09:06:37 AM
NAZ

877 - 263 - 0149

**$1,165.21**

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

BANK OF
AMERICA

Pay    **One Thousand One Hundred Sixty Five and 21/100 Dollars**
To The
Order Of    NEW REZ LLC

paid on

Friday 1/31/2020

Remitter (Purchased By): ARTHUR L HARRIS

FROM 03/01/2020 TO 04/01/2020

Bank of America, N.A.
PHOENIX, AZ

Not-Negotiable
Customer Copy
Retain for your Records

457002931694

Acc no 49  1/31  zip code
877-263-01 45274 - 0039

Wrong Zip code. As you've shown in your
morning Letter sent to me: I will sent
1 2020 payin



**BANK OF AMERICA**             Cashier's Check         No. 0792419030

Void After 90 Days     95710121     Date 02/28/2020-09-07:08-AM

From 4/1/2020 to 5/1 2020

5TH & OLIVE BANKING CENTER
0901    0025004    0604

Pay     *ONE * * * * * * * *ONE * * * * * *FIVE CTSC15      *$1,165.21*

* *One Thousand One Hundred Sixty Five and 21/100 Dollars* *

To The
Order Of    NEW REZ LLC
      FROM 4/1/2020 TO 5/1/2020

*Paid on Friday*
*2/28/2020*

Remitter (Purchased By): ARTHUR L HARRIS

Bank of America, N.A.
PHOENIX, AZ    Acc no. 871 263 0149

AUTHORIZED SIGNATURE

⑆0792419030⑈ ⑇122101706⑈ 4570029316944⑈



THE ORIGINAL DOCUMENT HAS A WHITE REFLECTIVE WATERMARK ON THE BACK.     HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

Cashier's Check - Customer Copy    No. 0792419167

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days    91-170/1221    Date 04/01/20 10:14:35 AM

NAZ

5TH & OLIVE BANKING CENTER    FROM 5/1/2020
0005    0055004    0009
TO 6/1/2020

Pay    BANK OF AMERICA    SIX ONE ONE FIVE CTS CTS    **$1,165.23**

**One Thousand One Hundred Sixty Five and 23/100 Dollars**

wednesday

To The Order Of    NEW REZ LLC

FROM 5/1/2020 TO 6/1/2020

Pardion

4/1/2020

Not-Negotiable
Customer Copy
Retain for your Records

Remitter (Purchased By):  ARTHUR L HARRIS

457002931694

Bank of America, N.A.
PHOENIX, AZ    ACC. no  0579713 746

From 7 to 8-2020 Cashier Check

NO. 0792419167

no

From 8-9 2020

(5)



1) 0792418412

From 1/1/2020 To 2/1/2020

DiFeeld
LoL
(7)

2) 0792418637

From 2/1/2020 To 3/1/2020

3) 0792418839          All new Rez

From 3/1/2020 To 4/1/2020

(4) 0792419030

From 4/1/2020 To 5/1/2020

5) 0792419167
Paid on 4/1/2020

From 5/1/2020 — To 6/1/2020

On Back

94590
somaire Zip Code
CenturyLink 5/1/2020 To 6/1/2020
No. 0792419170 Cashier Check Number
Paid on wednesday 4/1/2020
Acc.no. 206-728 4054-806R

(6) From 6/1/2020 TO 7/1/2020.
   Check no. 0835 80 9092

(7) From 7/1/2020 TO 8/1/2020
   Check no. 0835 809 146

(8) From 8/1/2020 TO 9/1/2020
   Check no. 0835 ~~8092~~-809223
   again   0835 809223

(6)

# Shellpoint Mortgage Servicing

P.O. Box 10826
Greenville, SC  29603-0826
www.ShellpointMtg.com

Phone Number:  (800) 365-7107
Fax:  (866) 467-1184
e-Mail:  LoanServicing@ShellpointMtg.com

Monday - Friday:  8am - 10pm EST
Saturday:  8am - 3pm EST

August 21, 2020

*Exhibit*
*(A)*

*********************
* Returned Check *
*********************

**Loan Number:** 0579713746
**Check Number:** 835809288
**Check Amount:** $1,165.23

ARTHUR LEE HARRIS
1902 2ND AVE APT 520
SEATTLE, WA 98101

Dear Valued Customer,

Enclosed is a check we are returning to you because your loan is more than 90 days past due and you are not in an active workout with Shellpoint Mortgage Servicing ("Shellpoint").

We would like to apologize for any inconvenience experienced regarding this issue. If you would like to contact Shellpoint to discuss your options, please call our Customer Service department and ask to speak with a Loss Mitigation specialist.

If you have any questions or concerns, please contact our Customer Service department at (800) 365-7107.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número (800) 365-7107.

Sincerely,

Shellpoint Mortgage Servicing
(800) 365-7107

**PLEASE SEE NEXT PAGE FOR IMPORTANT NOTICES**

*Recieved on Monday*
*8/31/2020 at 2:09pm*



**Please read the following important notices as they may affect your rights.**

©2019 NewRez LLC, F/K/A New Penn Financial, LLC, D/B/A NewRez Mortgage LLC in the States of Texas and Arkansas, D/B/A Shellpoint Mortgage Servicing, NMLS ID 3013

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Washington Residents**
NewRez LLC dba Shellpoint Mortgage Servicing NMLS ID: 3013

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

The following is a Spanish translation of the information previously provided:

**Lea por favor las siguientes avisos importantes que puedan afectar sus derechos.**

El objeto de la presente notificación es gestionar el cobro de la deuda, y toda información obtenida será utilizada a tal fin. La presente comunicación proviene de un agente de cobro de deudas.

Si usted es un cliente en situación de bancarrota o un cliente que ha recibido una eliminación de esta deuda por bancarrota: tenga en cuenta que esta notificación tiene como fin informarle sobre el estado de su préstamo hipotecario. Este aviso no constituye una exigencia de pago ni un aviso de responsabilidad civil contra ningno de los destinatarios de la presente notificación, que pudiese haber recibido un descargo de este tipo de deuda de conformidad con la legislación vigente sobre bancarrota o que pudiera ser objeto de suspensión automática en virtud del Artículo 362 del Código de Bancarrota de los Estados Unidos. No obstante, puede ser una notificación de una posible aplicación de gravamen sobre la propiedad como garantía, que aún no ha sido descargada en su proceso de bancarrota.

NewRez LLC dba Shellpoint Mortgage Servicing NMLS ID: 3013

**Atención Miembros del Servicio Militar y Dependientes:** Ley de Amparo Civil para miembros del servicio militar y ciertas leyes estatales proporcionan protecciones importantes para usted, incluyendo protecciones de tasas de interés y prohibiendo la ejecución hipotecaria bajo la mayoría de las circunstancias durante y doce meses después del miembro del servicio militar u otro servicio. Asesoramiento para militares con cobertura está disponible de Military OneSource (800-342-9647) y la Asistencia Legal de las Fuerzas Armadas de Estados Unidos o de otras agencias similares. Para más información por favor visite el sitio web de Military OneSource www.militaryonesource.mil/.



*(handwritten: New ReZ Copy)*

**Shellpoint**
Mortgage Servicing

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

Phone Number: 866-214-5733
Fax: 866-467-1187
Email: Lossmitigation@shellpointmtg.com
Mon - Thurs: 8:00AM-6:00PM
Fri: 8:00AM-5:00PM

S-SFRECS20 L-1100-CA-C R-204
PC8B1Y00201024 - 624775567 I05772
ARTHUR LEE HARRIS
1902 2ND AVE APT 520
SEATTLE WA 98101-1135

| Loan Number: | 0579713746 |
|---|---|
| Principal Balance: | $182,817.54 |

*(handwritten: Recieved on Thursday 6/10/2020 AT Wednesday 10:50AM)*

06/03/2020

## NOTICE OF DEFAULT AND INTENT TO ACCELERATE

RE:  Deed of Trust/Mortgage Dated: 08/25/2015
434361422173
Loan #: 0579713746
Property: 617 DANIELS AVE
VALLEJO, CA 94590

*(handwritten: Case no. 2.20-CV-00642  Exhibit JCC. (B))*

Dear ARTHUR LEE HARRIS:

Shellpoint Mortgage Servicing ("Shellpoint"), on behalf of, NewRez LLC d/b/a Shellpoint Mortgage Servicing, the owner and holder of your mortgage loan, and in accordance with the referenced Deed of Trust/Mortgage ("Security Instrument") and applicable state laws, provides you with formal notice of the following:

The mortgage loan associated with the referenced Security Instrument is in default for failure to pay amounts due.

To cure this default, you must pay all amounts now due under the terms of your Note and Deed of Trust/Mortgage. As of 06/03/2020, the total amount necessary to bring your loan current is $3,559.87. Additional amounts may become due and payable under the Security Instrument after 06/03/2020. For the exact amount you must pay to bring your loan current, please contact our office at 866-214-5733 as interest, payments, credits, fees and/or other permissible charges can continue to cause your loan balance to vary from day to day. Payment must be in the form of cashier's check, money order, or bank certified funds.

If you have not cured the default within thirty (30) days of this notice which is 7/3/2020, (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter.), Shellpoint will accelerate the maturity date of the Note and declare all outstanding amounts under the Note immediately due. Your property that is collateral for the Note may then be scheduled for foreclosure in accordance with the terms of the Security Instrument and applicable state laws.

You have the right to reinstate your loan after acceleration and the right to bring a court action to claim that your loan is not in default or any other defense to acceleration and sale that you may have. This notice remains in effect until the default is cured. NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED.

Upon acceleration of your Note, Shellpoint will refer the property for foreclosure. In accordance with the terms of your Note and Security Instrument and applicable state laws, if Shellpoint prevails in its foreclosure action, you may incur costs of foreclosure, such as title documentation, filing fees for the complaint, service of process, publication, recording of judgment, and other required expenses or attorney fees. The aforementioned foreclosure timeline and the fees and costs associated with a foreclosure action are estimates only and are dependent upon various factors.

*(handwritten: Wednesday 6/10/2020 AT 3:33 pm)*

*(handwritten circled: 23)*

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

PC8B1Y00201024 I005772 S-SFRECS20 L-1100-CA-C A-0579713746

Upon request, you are entitled to the following information for your account:

- A copy of the promissory note or other evidence of indebtedness;
- A copy of the deed of trust or mortgage;
- A copy of any assignment, if applicable, of the mortgage or deed of trust required to demonstrate the right of the mortgage servicer to foreclose; and
- A copy of your payment history from the period the loan was last less than 60 days past due.

You can submit a request for the information listed to the address below:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

You may have options if you are unable to afford your mortgage payment and wish to avoid foreclosure such as repayment plan, modification, short sale, settlement, deed-in-lieu, or cash for keys. Visit our Trouble Making Payments and Helping Customers web pages at www.shellpointmtg.com for more information about these options or contact our office at 866-214-5733. To qualify for one of these workout options, you may be required to provide additional documentation, including:

- Completed and signed hardship affidavit
- Copies of your two most recent pay stubs
- Copy of your most recently filed federal tax return
- Completed and signed IRS Form 4506-T
- Copy of a recent personal bank statement
- Copy of a recent utility bill (e.g., electric bill, gas bill, water bill, phone bill, etc.)
- Copy of your most recent quarterly profit and loss statement (if self-employed)
- Award letter stating your Social Security, disability, or pension earnings (if applicable)

You may also call (800) 569-4287 or visit www.hud.gov. for a list of free homeownership counseling agencies that are sponsored by the U.S. Department of Housing and Urban Development.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-214-5733.

Sincerely,

Shellpoint Mortgage Servicing
866-214-5733

Predatory Home Loan is a unFair, deceptive, or Fraudulent loan — The Same as one draFted up To have a Borrower To Sign one That is Consit er a none Judicial one — or one Organized b under Section 12 USC 2605, Thereby Violating his Resit TO DeFend 999ind The Sale or TreneFer in Court

) From 6/1/2020 To 7/1/2020
Check no. 0835 80 9092

(7) From 7/1/2020 To 8/1/2020
Check no. 0835 809 146

(8) From 8/1/2020 To 9/1/2020
Check no. 0835 ~~802~~-809223
again  0835 80 9223

(6) From 9/1/2020 To 10/1/2020
Check no 0835 809288

Exhibit (G) (G)

15

Cashier Check

(1) 0792418912

From 1/1/2020 To 2/1/2020

Ditech LLC (7)

2) 0792418637

From 2/1/2020 To 3/1/2020

3) 0792418839

All new Rez

From 3/1/2020 To 4/1/2020

4) 0792419030

From 4/1/2020 To 5/1/2020

5) 0792419167

Paid on 4/1/2020

From 5/1/2020 - To 6/1/2020

On Back

94590
Somavic zip Code

CenturyLink 5/1/2020 To 6/1/2020

No. 0792419170 Cashier check number

Paid on wednesday 4/1/2020

Cashier's Check - Customer Copy

No. 0835809288

Date 07/31/20 10:06:50 AM

Void After 90 Days

91-1701/221

NAZ.

\*\*$1,165.23\*\*

Not-Negotiable
Customer Copy
Retain for your Records

457002931694

Notice to Purchaser - In the event this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

METROPOLITAN FINANCIAL CENTER
0002    0037011    0007

**BANK OF AMERICA**

Pay
\*\*One Thousand One Hundred Sixty Five and 23/100 Dollars\*\*
To The    NEW REZ LLC
Order Of

Remitter (Purchased By): ARTHUR L HARRIS

Bank of America, N.A.
PHOENIX, AZ

*Handwritten:*
From 9/1/2020 to 10/1/2020
Acc no. 877-263-0149
Brought on Friday 7/31/2020
Paid on Wednesday 8/12/2020

$1,165.23

(F)

8/11/2020 / Superior Court

Fairfield California

original

Received on Monday 8/3/2020 At 8:08 pm

CASE no _____

**Shellpoint**
Mortgage Servicing

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

Phone Number: 866-214-5733
Fax: 866-467-1187
Email: Lossmitigation@shellpointmtg.com
Mon - Thurs: 8:00AM-6:00PM
Fri: 8:00AM-5:00PM

S-SFRECS20  L-1200-CA  R-204
PCHKEV00200398 - 629746003 I01590
ARTHUR LEE HARRIS
1902 2ND AVE APT 520
SEATTLE WA 98101-1135

| Loan Number: | 0579713746 |
| Principal Balance: | $182,464.56 |
| Property: | 617 DANIELS AVE VALLEJO, CA 94590 |

07/22/2020

Dear ARTHUR LEE HARRIS:

Shellpoint Mortgage Servicing("Shellpoint") recognizes that homeownership can be challenging and is committed to helping its customers avoid foreclosure whenever possible.

As of the date of this letter, the account balance is $182,464.56. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater.

To assist homeowners experiencing financial setbacks, Shellpoint offers a number of workout options, including:

Exhibit (E)

- Repayment plans
- Loan modifications
- Short sales
- Settlements
- Deeds-in-lieu
- Cash for keys

Visit us on the web at www.shellpointmtg.com for more information about these options or contact our office at 866-214-5733.

You may also call (800) 569-4287 for a list of free homeownership counseling agencies that are sponsored by the U.S. Department of Housing and Urban Development.

Sincerely,

Shellpoint Mortgage Servicing
866-214-5733

The amount due on This Loan, Is Steal The same of 182,464.56. alThought when your's Took over This Contract on February 4, 2020 IT was That same amount. even Thought I have paid you 1,165.23 every month Since Then untill now 8/1/2020, and It Is STILL

SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.

(H)   Recieved on 8/3/2020 at 8:08 Pm

I have submitted a complete borrower response package and are currently in an active loss mitigation review, you will not be referred [to for]eclosure. If your loss mitigation application is denied or you fail to meet the terms of the new loss mitigation agreement, then you [will] be referred to foreclosure or continue with the foreclosure process.

**Please read the following important notices as they may affect your rights.**

NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

Shellpoint Mortgage Servicing utilizes third-party providers in connection with the servicing of your loan, but Shellpoint Mortgage Servicing remains responsible for all actions taken by third-party providers.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 866-214-5733 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-214-5733 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

如果您要使用英语以外的其他语言进行交流，请致电 866-214-5733，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。

Please note that we operate as NewRez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

California
As required by law, you are hereby notified that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill your credit obligation.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

California
Como es requerido por la ley usted esta siendo notificado por este medio que un reporte de crédito negativo afectando su reporte de crédito puede ser remitido a una agencia de reporte de créditos, si usted no puede satisfacer los términos de su obligación.

El acto estatal de Rosenthal Fair Debt Collection Practices, y el acto federal de Fair Debt Collection Practices requieren que, a menos de circunstancias inusuales, los cobradores no podrán contactarlo antes de las 8 a.m. o después de las 9 p.m. Ellos no lo podrán acosar usando amenazas violentas o arrestarlo o usar un lenguaje ofensivo. Los cobradores no podrán usar declaraciones falsas o engañosas o llamarlo a su trabajo si ellos saben o tienen razón para saber que usted no puede recibir llamadas personales en su trabajo. En general, cobradores no le podrán decir a otra persona, aparte de su abogado o su esposa, acerca de su deuda. Los cobradores se podrán comunicar con otras personas para poder comunicarse con usted, y para entablar un juicio. Para más información sobre las actividades de colección de deuda, usted puede contactar Federal Trade Commission al 1-877-FTC-HELP o www.ftc.gov



*(handwritten) My Copy / New Rez Copy*

*(handwritten) 6/29/2020*

**Shellpoint**
Mortgage Servicing

.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

Phone Number: 866-214-5733
Fax: 866-467-1187
Email: Lossmitigation@shellpointmtg.com
Mon - Thurs: 8:00AM-6:00PM
Fri: 8:00AM-5:00PM

S-SFRECS20  L-1100-CA-C  R-204
PC8B1Y00201024 - 624775567 l05772
ARTHUR LEE HARRIS
1902 2ND AVE APT 520
SEATTLE WA 98101-1135

| Loan Number: | 0579713746 |
| Principal Balance: | $182,817.54 |

*(handwritten) Recieved on Thursday 6/10/2020 AT Wednesday 10:50 Am*

06/03/2020

**NOTICE OF DEFAULT AND INTENT TO ACCELERATE**

RE:    Deed of Trust/Mortgage Dated: 08/25/2015
434361422173
Loan #: 0579713746
Property: 617 DANIELS AVE
VALLEJO, CA 94590

*(handwritten) Case no. 2.20-CV-00642 JCC. Exhibit (C)*

Dear ARTHUR LEE HARRIS:

Shellpoint Mortgage Servicing ("Shellpoint"), on behalf of, NewRez LLC d/b/a Shellpoint Mortgage Servicing, the owner and holder of your mortgage loan, and in accordance with the referenced Deed of Trust/Mortgage ("Security Instrument") and applicable state laws, provides you with formal notice of the following:

The mortgage loan associated with the referenced Security Instrument is in default for failure to pay amounts due.

To cure this default, you must pay all amounts now due under the terms of your Note and Deed of Trust/Mortgage. As of 06/03/2020, the total amount necessary to bring your loan current is $3,559.87. Additional amounts may become due and payable under the Security Instrument after 06/03/2020. For the exact amount you must pay to bring your loan current, please contact our office at 866-214-5733 as interest, payments, credits, fees and/or other permissible charges can continue to cause your loan balance to vary from day to day. Payment must be in the form of cashier's check, money order, or bank certified funds.

If you have not cured the default within thirty (30) days of this notice which is 7/3/2020, (or if said date falls on a Saturday, Sunday, or legal holiday, then on the first business day thereafter.), Shellpoint will accelerate the maturity date of the Note and declare all outstanding amounts under the Note immediately due. Your property is collateral for the Note may then be scheduled for foreclosure in accordance with the terms of the Security Instrument and applicable state laws.

You have the right to reinstate your loan after acceleration and the right to bring a court action to claim that your loan is not in default or any other defense to acceleration and sale that you may have. This notice remains in effect until the default is cured. NOTE: THERE IS A SUMMARY OF THE INFORMATION IN THIS DOCUMENT ATTACHED.

Upon acceleration of your Note, Shellpoint will refer the property for foreclosure. In accordance with the terms of your Note and Security Instrument and applicable state laws, if Shellpoint prevails in its foreclosure action, you may incur costs of foreclosure, such as title documentation, filing fees for the complaint, service of process, publication, recording of judgment, and other required expenses or attorney fees. The aforementioned foreclosure timeline and the fees and costs associated with a foreclosure action are estimates only and are dependent upon various factors.

*(handwritten) Wednesday 6/10/2020 AT 3:33 pm*

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**

*(handwritten) 19*

Upon request, you are entitled to the following information for your account:

- A copy of the promissory note or other evidence of indebtedness;
- A copy of the deed of trust or mortgage;
- A copy of any assignment, if applicable, of the mortgage or deed of trust required to demonstrate the right of the mortgage servicer to foreclose; and
- A copy of your payment history from the period the loan was last less than 60 days past due.

You can submit a request for the information listed to the address below:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

You may have options if you are unable to afford your mortgage payment and wish to avoid foreclosure such as repayment plan, modification, short sale, settlement, deed-in-lieu, or cash for keys. Visit our Trouble Making Payments and Helping Customers web pages at www.shellpointmtg.com for more information about these options or contact our office at 866-214-5733. To qualify for one of these workout options, you may be required to provide additional documentation, including:

- Completed and signed hardship affidavit
- Copies of your two most recent pay stubs
- Copy of your most recently filed federal tax return
- Completed and signed IRS Form 4506-T
- Copy of a recent personal bank statement
- Copy of a recent utility bill (e.g., electric bill, gas bill, water bill, phone bill, etc.)
- Copy of your most recent quarterly profit and loss statement (if self-employed)
- Award letter stating your Social Security, disability, or pension earnings (if applicable)

You may also call (800) 569-4287 or visit www.hud.gov. for a list of free homeownership counseling agencies that are sponsored by the U.S. Department of Housing and Urban Development.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan español al número 866-214-5733.

Sincerely,

Shellpoint Mortgage Servicing
866-214-5733

Predatory Home Loan Is a unfair, deceptive, or Fraudulent loan - The Same as one drafted up To have a Borrower To Sign one That is Consit er a none Judicial one - or one Organized b under Section 12 usc 2605, Thereby violating his Rislt TO Defend against To sala time

SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.

(1c)

*AT 10:18 AM*
*7/20/2020*

*Received on Monday (1)*
*Exhibit*

Shellpoint Mortgage Servicing

Sincerely,

8:00AM-6:00PM EST.

Please contact us today. Our toll free number is 866-825-2174. We are available Monday through Friday between the hours of

Your utmost cooperation is extremely important and is required in order to resolve this matter. Therefore, we would appreciate you contacting us immediately, so we can determine why the default has occurred and explain to you what your most viable options are.

We understand that everyone's circumstances are different, and sometimes a hardship may prevent our valued customers from paying on their loan.

When default occurs, it is extremely important that you maintain at least a bi-weekly contact with our office, so we can discuss what options may be available to you.

As you are aware, your loan is delinquent. We have made several attempts to contact you; however, we have been unsuccessful.

Dear Borrower, *Superior Court Case no.*

*Case No. 2:20 CV 00642 JCC*

07/13/2020

| Loan Number: | 0579131746 |
|---|---|
| Principal Balance: | $182,811.54 |
| Property: | 617 DANIELS AVE VALLEJO CA 94590 |

ARTHUR LEE HARRIS
1902 2ND AVE APT 520
SEATTLE WA 98101-1135
S-SFREC520 L-1237-F R-106
PCFSP800201055 - 828528482 106326

Shellpoint
Mortgage Servicing
Phone Number: 866-467-1187
Fax: 866-825-2174
Email: Lossmitigation@shellpointmntg.com
Mon - Thurs: 8:00AM-6:00PM
Fri: 8:00AM-5:00PM

P.O. BOX 51850
LIVONIA MI 48151-5850
RETURN SERVICE REQUESTED

*Superior court Fairfield*
*Original*

*Exhibit (1)*

**Please read the following important notices as they may affect your rights.**

Rez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will ...sed for that purpose. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Attention Servicemembers and Dependents:** The federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including interest rate protections and prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Counseling for covered servicemembers is available from Military OneSource (800-342-9647) and the United States Armed Forces Legal Assistance or other similar agencies. For more information, please visit the Military OneSource website www.militaryonesource.mil/.

**Notice of Error or Information Request Address:** You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address: Shellpoint Mortgage Servicing P.O. Box 10826 Greenville, SC 29603-0826

Shellpoint Mortgage Servicing utilizes third-party providers in connection with the servicing of your loan, but Shellpoint Mortgage Servicing remains responsible for all actions taken by third-party providers.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

**Our system of record has your preferred language as English.**

**If you prefer to receive communication in a language other than English, please contact us at 866-825-2174 to speak with a translator in your preferred language about the servicing of your loan or a document you received.**

**Si prefiere recibir las comunicaciones en otro idioma que no sea el inglés, por favor, contáctenos en el 866-825-2174 para hablar con un traductor en el idioma de su preferencia sobre la gestión de su préstamo o cualquier documento que haya recibido.**

**如果您要使用英语以外的其他语言进行交流，请致电 866-825-2174，我们将根据您首选的语言安排相应的译员，与您就贷款服务事项或您所接收的文件进行商讨。**

Please note that we operate as NewRez Mortgage LLC dba Shellpoint Mortgage Servicing in Arkansas and Texas.

California
As required by law, you are hereby notified that a negative credit bureau report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill your credit obligation.

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

California
Como es requerido por la ley usted esta siendo notificado por este medio que un reporte de crédito negativo afectando su reporte de crédito puede ser remitido a una agencia de reporte de créditos, si usted no puede satisfacer los términos de su obligación.

El acto estatal de Rosenthal Fair Debt Collection Practices, y el acto federal de Fair Debt Collection Practices requieren que, a menos de circunstancias inusuales, los cobradores no podrán contactarlo antes de las 8 a.m. o después de las 9 p.m. Ellos no lo podrán acosar usando amenazas violentas o arrestarlo o usar un lenguaje ofensivo. Los cobradores no podrán usar declaraciones falsas o engañosas o llamarlo a su trabajo si ellos saben o tienen razón para saber que usted no puede recibir llamadas personales en su trabajo. En general, cobradores no le podrán decir a otra persona, aparte de su abogado o su esposa, acerca de su deuda. Los cobradores se podrán comunicar con otras personas para poder comunicarse con usted, y para entablar un juicio. Para más información sobre las actividades de colección de deuda, usted puede contactar Federal Trade Commission al 1-877-FTC-HELP o www.ftc.gov

*Recieved on monday 7/20/2020 AT 10:18 pm*

*02.*

*Recieved on Monday*
*7/20/2020 AT 10:18 Am*
*CASE 2:20-CV-00642*
*JCC*

Loan #: 0579713746

Please make sure below address shows in window

SHELLPOINT MORTGAGE SERVICING
P.O. BOX 10826
GREENVILLE, SC 28777

## Is your contact information accurate?

Please provide your most up-to-date contact information so that we can ensure you receive notifications and any information we may send in the future.

You may visit our website at www.shellpointmtg.com to update your contact information or return this completed form to us in the envelope we have provided. Our toll free number is 866-825-2174, we are available Monday through Friday between the hours of 8:00AM-6:00PM EST.

**Contact information is as follows:**

Home Mailing Address
☐ Has not changed
☐ Has changed, please direct future correspondence to:

_____
_____
_____

Best Phone Number
☐ Cell _____
*By providing the above cell phone number, you hereby consent to Shellpoint Servicing calling you at this number using our automatic dialing technology.*

☐ Home _____
☐ Work _____
*Please do not provide a work phone number if your employer prohibits you from receiving calls from Shellpoint Mortgage Servicing while at work.*

Best Time to Reach
☐ Morning
☐ Afternoon
☐ Evening

Authorized E-mail
☐ I do not want Shellpoint Servicing to contact me by email.
☐ Email _____

*By providing the above email address, you hereby consent to communication with Shellpoint Servicing through email. You may revoke this consent at any time. If the email address you have provided is one issued by your employer, you understand and acknowledge that any email communication by way of this email address may be viewed by your employer. You also represent to Shellpoint Servicing that your employer does not prohibit communication with Shellpoint Servicing through this email address. Additionally, if the email address you have provided is available for use by any individuals who are not authorized to discuss your account information with Shellpoint Servicing, you understand and acknowledge that any email communication by way of this email address may be viewed by those individuals with access.*

1-7

1f. To District Court Seattle on Monday (1) 10/26/2020

Arthur Harris
1902 2nd Ave #520
Seattle, WA 98101


United States District Court

Western District of Washington

Arthur Harris              Case no 2.20 cv-00
        vs.  Plaintiff     642 J.CC.

New Rez. LLC, and
Shell point Mortgye
Manange ment Comp
any ET AL
            Defendant

To The Court:

Here we go again. Today Plaintiff recieved
another invoice From Shell point claiming
That He owes Them 4, 864.32 dollars For
Montage Payments in This case, in response
to That Cl...          (1) Pl...

That he doesn't owe Them any Thing towords His mortgage Contract because (1) They do not have Legully Standing to request or demand any mortgage From him because He'd never Signed any Contract with Them To wavrant Their ConTinous demands of Mortgage Pay-ment From Him, and (2). He'd Sent Them a September 1, 2020 Payment OF 1,165.23 Dollars To Cover That Month, and They Sent IT Back To Him Claiming That They were Not accepting any move payments From him because He'd Mako made That Payment Past The 90 days Legal Time Period. This claim by Shellpoint IS a Lie and was Stated To PlainTiff in Bad FaiTh by Shell-point. This Claim Can be Proved by PlainTiff against Shellpoint based on all of The doc-umental evidence He Sent To This Court over The Last eight Months in This case. Now, IF This Court rule in This Case in Favor oF Shell Point, PlainTiff will owe Them money For The MonTHs of September, October, and November 2020. (1)

if That Case Scenario does Happen, Plaintiff does have all of The Money Saved to pay Them. In order For Them To win This Case, They would First, ask This Court To deterime That They'd do infact Have Legal Standing To To enforce his Mortgase Contract That he Sign with his Orisinal Creditor. Under all of The Factual Circumstance of This Case. Secondly, They've got To anwser The Court Summon That it had me To Send Them To give This Court Jurisdict To Redress This Case, Third, They got To Prove to This Court That They'd did not Sent him Those invoices After he paid Those invoices off Months Prior To Them Sending him Those Bills. Plaintiff believes That Shell Point Cant Prove any of Those Points That he Stated above, and because He He believes This, He request That This Court Immediately Rule agains t Them in This Case. and order Them To give Him every This he'd request in this Case.

Dated _____

Respectfolly Submitle

(1)

Arthur Harris
1902 2nd Ave #520
Seattle, WA 98101


United States District Court

Western District of Washington


Arthur Harris

      vs.   Plaintiff

New Rez. LLC, and
Shell point Mortgage
Manange ment Comp
any ET AL
       Defendant

Case no 2:20 CV-00
642 J.CC:


to The Court:

Here we go again. Today Plaintiff recieved
another invoice From Shell point claiming
That He owes Them 4,864.32 dollars For
mortage payments in This case, in response

—that he doesn't owe Them anyThing towards His mortgage Contract because (1) They do not have Legully Standing To request or demand any mortgage From him because He'd never Signed any Contract with Them To wavront Their ConTinous demands of mortgage Payment From Him. and (2) He'd Sent Them a September 1, 2020 Payment oF 1,165.23 Dollars To cover That Month. and They Sent IT Back To Him Claiming That They were not acceptiny any More Payments From Him because He'd make made That Payment Past The 90 days Legal Time Period. This Claim by Shell Point IS a Lie and was itated To PlainTiff in Bad FaiTh by Shell-Point. This Claim Can be Proved by PlainTiff against Shell Point based on all oF The docu-imental evidence He Sent to This Court over The Last eight MonThs in This Case. Now, iF This Court rule in This Case in Favor F Shell Point, PlainTiff will owe Them money ov The MonThs of September, ocTober and overtbar 2.

If that Case Scenario does Happen, Plaintiff does have all of the money Saved to pay them. In order for them to win this Case, They would First, ask This court to determine that They'd do infact Have Legal Standing To To enforce his mortgage Contract That he Sign with his Original Creditor. Under all of the factual Circumstance of This Case. Secondly, They've got To answer The Court Summon That it had me To Send Them To give This court Jurisdict To redress This Case, Third, They got To prove to This court That They'd did not Sent him those Invoices After he paid those Invoices off months Prior To Them Sending him those Bills. Plaintiff believes That Shell Point Cant prove any of Those Points That he Stated above, and because He believes This, He request that This court Immediately rule against Them in This Case. and order Them To give Him every his he'd request in this Case.

Ated _____                    Respectfully Submitted

## Shellpoint
### Mortgage Servicing

**DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS**
P.O. Box 619063 • Dallas, TX 75261-9063

2-811-12066-0008060-001-1-000-010-000-000

Arbrlilllilllllillllnlllllllllllilllllllnlllhllirlillh

ARTHUR LEE HARRIS
1902 2ND AVE APT 520
SEATTLE WA 98101-1135

*(handwritten)* CASe no. 2:20-cv-00642 JCC

### MORTGAGE STATEMENT
Statement Date: 10/20/2_

| | |
|---|---|
| Account Number | 05797_ |
| Next Due Date | 11/0_ |
| **Amount Due** | **$4,8_** |

*If payment is received after 11/16/2020, $39.26 late fee may be assesse_*

| | |
|---|---|
| Phone: | 800-365-7107 |
| Website: | www.shellpointmtg.com |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $3_ |
| Interest | $6_ |
| Escrow (Taxes and Insurance) | $1_ |
| **Regular Monthly Payment** | **$1,1_** |
| Total Fees and Charges | $_ |
| Overdue Payment | $3,6_ |
| **Total Amount Due** | **$4,8_** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $181,398.26 |
| Interest Rate | 4.1250% |
| Prepayment Penalty | None |
| Property Address: | 617 DANIELS AVE |
| | VALLEJO CA 94590 |
| Contractual Due Date: | August 1, 2020 |
| Current Escrow Balance: | $812.84 |

### Past Payments Breakdown

| | Paid Last Month | Paid Ye_ Dat_ |
|---|---|---|
| Principal | $0.00 | $2,_ |
| Interest | $0.00 | $4,3_ |
| Escrow | $0.00 | $1,3_ |
| Fees/Late Charges | $0.00 | |
| Unapplied Partial Payment | $0.00 | |
| Total | $0.00 | $8,1_ |

### Transaction Activity (09/20/2020 - 10/19/2020)

| Date | Description | Charges | Paym_ |
|---|---|---|---|
| 09/30/2020 | Property Inspection Disbursement *(handwritten: 11:58 Am)* | $25.00 | |
| 10/17/2020 | Late Charge-Assess (because full payment not received by 10/16/2020) | $39.26 | |

*(handwritten)* Recieved On monday 10/26/2020

### Important Messages

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

### Additional Messages

Affected by COVID-19? Assistance may be available. We offer relief options, such as a forbearance - a temporary suspension of payments and payment deferment. Visit our website www.shellpointmtg.com or call us at 866-825-2174 to see if you qualify.

For questions regarding the servicing of your loan, please contact us at 800-365-7107 Monday-Friday 8:00AM-10:00PM, and Saturday 8:00AM-3:00PM.

Repayment options may be available to you. Call 800-365-7107 to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 800-365-7107.

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

### **Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As 10/20/2020, you are 80 days delinquent on your mortgage loan.

**Recent Account History**
o Payment due 05/01/20: fully paid on 08/21/20
o Payment due 06/01/20: fully paid on 08/21/20
o Payment due 07/01/20: fully paid on 08/21/20
o Payment due 08/01/20: unpaid balance of $1,290.17
o Payment due 09/01/20: unpaid balance of $1,204.47
o Payment due 10/01/20: unpaid balance of $1,204.47
o Payment due 11/01/20: current payment due

o Total: $4,864.32 due. You must pay this amount to bring your loan current.

If You Are Experiencing Difficulty: Please refer to the back of this state_ for additional messages about mortgage counseling and assistance.

Detach and return with payment.

## Shellpoint
### Mortgage Servicing

| | |
|---|---|
| Loan Number: 0579713746 | Property Address: |
| ARTHUR LEE HARRIS | 617 DANIELS AVE |
| | VALLEJO CA 94590 |

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

### Amount Due

| | |
|---|---|
| Payment Due Date | 11/01/20 |
| Total Amount Due | $4,864._ |

*$39.26 late fee may be charged after 11/16/2020*

*Please write clearly inside space provided*

| | |
|---|---|
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** (Please do not send cash) | $ |

0100072559300000349563001165210012044705797137466110120111620 7 *(circled)* 30

*(handwritten vertical left margin)* Mailed out to the District Court Seattle on 10/26/2020 Monday

**Important Notice:** NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

For budget advice and credit counseling assistance please call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Amounts paid in excess of your payment amount will first be used to satisfy any delinquency. If there are no past due amounts then excess funds paid will be posted to your principal balance. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Shellpoint Mortgage Servicing may assess a returned check fee consistent with the laws for your state and your loan documents on all checks returned by your financial institution. Additionally, Shellpoint may charge a fee for processing payoff requests.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan Español al número 800-365-7107.

If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

Please be advised that Shellpoint utilizes third-party providers in connection with the servicing of your loan, but Shellpoint remains responsible for all actions taken by third-party providers.

## Address, Phone, and Name Changes

Type of change (check all that apply)

\_\_\_\_ Address   \_\_\_\_Phone   \_\_\_\_Name**   \_\_\_\_Email Address

**\*\*Please remember:**
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

Your Account # _____   Social Security Number: _____

Old Borrower Name: _____   New Borrower Name: _____

Old Co-Borrower Name: _____   New Co-Borrower Name: _____

Borrower Signature: _____   Co-Borrower Signature: _____

New Mailing Address: _____

_____

New Phone Number: Day (\_\_\_) \_\_\_-\_\_\_\_   Evening (\_\_\_) \_\_\_-\_\_\_\_   Email Address _____

**Important Notice:** NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and information obtained will be used for that purpose. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt, please be advised to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of pers any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or wh subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible the lien against the collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and we an Error Resolution or Informational Request, please write to us at the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

For budget advice and credit counseling assistance please call the U.S. Department of Housing and Urban Development (HL 800-569-4287 or at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Amounts paid in excess of your payment amount will first be used to satisfy any delinquency. If there are no past due amoun funds paid will be posted to your principal balance. As required by law, you are hereby notified that a negative credit report n credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Shellpoint Mortgage Servicing may assess a returned check fee consistent with the laws for your state and your loan docume returned by your financial institution. Additionally, Shellpoint may charge a fee for processing payoff requests.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan Español al 800-365-7107.

If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a tra preferred language about the servicing of your loan or a document you received.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or w who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contac or email to start the confirmation process.

Please be advised that Shellpoint utilizes third-party providers in connection with the servicing of your loan, but Shellpoint re for all actions taken by third-party providers.

## Address, Phone, and Name Changes

Type of change (check all that apply)

\_\_\_\_ Address  \_\_\_\_ Phone  \_\_\_\_ Name**  \_\_\_ Email Address

\*\*Please remember:
Name changes require a signature r
document noting the new name. Ex
documents are marriage licenses a

Your Account # _____  Social Security Number: _____

Old Borrower Name: _____  New Borrower Name: _____

Old Co-Borrower Name: _____  New Co-Borrower Name: _____

Borrower Signature: _____  Co-Borrower Signature: _____

New Mailing Address: _____

_____

(32)

New Phone Number: Day (\_\_\_) \_\_\_-\_\_\_\_  Evening (\_\_\_) \_\_\_-\_\_\_\_  Email Address _____

Account Number:

**Important Notice:** NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt a information obtained will be used for that purpose. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt: please be advised to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of pers any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or wh subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible o the lien against the collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and wo an Error Resolution or Informational Request, please write to us at the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

For budget advice and credit counseling assistance please call the U.S. Department of Housing and Urban Development (HU 800-569-4287 or at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Amounts paid in excess of your payment amount will first be used to satisfy any delinquency. If there are no past due amoun funds paid will be posted to your principal balance. As required by law, you are hereby notified that a negative credit report re credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Shellpoint Mortgage Servicing may assess a returned check fee consistent with the laws for your state and your loan docume returned by your financial institution. Additionally, Shellpoint may charge a fee for processing payoff requests.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan Español al 800-365-7107.

If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a tra preferred language about the servicing of your loan or a document you received.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or wi who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contac or email to start the confirmation process.

Please be advised that Shellpoint utilizes third-party providers in connection with the servicing of your loan, but Shellpoint ren for all actions taken by third-party providers.

## Address, Phone, and Name Changes

Type of change (check all that apply)

\_\_\_\_ Address  \_\_\_\_ Phone  \_\_\_\_ Name**  \_\_\_\_ Email Address

**\*\*Please remember:**
Name changes require a signature a document noting the new name. Exa documents are marriage licenses an

| | |
|---|---|
| Your Account # _____ | Social Security Number: _____ |
| Old Borrower Name: _____ | New Borrower Name: _____ |
| Old Co-Borrower Name: _____ | New Co-Borrower Name: _____ |
| Borrower Signature: _____ | Co-Borrower Signature: _____ |
| New Mailing Address: _____ | |

New Phone Number: Day (\_\_\_) \_\_\_-\_\_\_\_    Evening (\_\_\_) \_\_\_-\_\_\_\_    Email Address _____

ARThur Harris
1902 2nd Ave # 520
SEATTle, WA 98401
Phone no. 206-643-6719


united States District Court
Western District of washington

Case no - 2:20
cv-00642

ARThur Harris
          Plaintiff
     vs.
new ReZ, DiTecH II
and Shell point Morgage
Serving Company
          Defendants

to The Court;
enclosed under The Seal of This LeHer,
you will Find another invoice That
Shell point Mortgage Servicing Company
Sent Plaintiff claiming That he knod
owes Them another 6,058.05. as use-
ual, Plaintiff, Rebutt This Codaim, and
assert That he owes Them nothing.
Especially, 6058.05 dollars.

Dated 11/12/2020 Respectfally Submitted
                    [signature]

            ARThur Harris

# Shellpoint

**Mortgage Servicing**

DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS
P.O. Box 619063 • Dallas, TX 75261-9063

2-811-12066-0008069-001-1-000-010-000-000

ARTHUR LEE HARRIS
1902 2ND AVE APT 520
SEATTLE WA 98101-1135

*Recieved on Monday 10/26/2020 At 11:58Am*

## MORTGAGE STATEMENT

Statement Date: 10/20/2020

| | |
|---|---|
| Account Number | 0579713746 |
| Next Due Date | 11/01/2020 |
| Amount Due | $4,864.32 |

If payment is received after 11/16/2020, $39.26 late fee may be assessed.

Phone: 800-365-7107
Website: www.shellpointmtg.com

### Explanation of Amount Due

| | |
|---|---|
| Principal | $361.57 |
| Interest | $619.85 |
| Escrow (Taxes and Insurance) | $183.79 |
| **Regular Monthly Payment** | **$1,165.21** |
| Total Fees and Charges | $64.26 |
| Overdue Payment | $3,634.85 |
| **Total Amount Due** | **$4,864.32** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $181,398.26 |
| Interest Rate | 4.1250% |
| Prepayment Penalty | None |
| Property Address: | 617 DANIELS AVE VALLEJO CA 94590 |
| Contractual Due Date: | August 1, 2020 |
| Current Escrow Balance: | $812.84 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $2,471.00 |
| Interest | $0.00 | $4,398.98 |
| Escrow | $0.00 | $1,308.69 |
| Fees/Late Charges | $0.00 | $0.00 |
| Unapplied Partial Payment | $0.00 | $0.04 |
| **Total** | **$0.00** | **$8,178.71** |

### Transaction Activity (09/20/2020 - 10/19/2020)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 09/30/2020 | Property Inspection Disbursement | $25.00 | $0.00 |
| 10/17/2020 | Late Charge Assess (because full payment not received by 10/16/2020) | $39.26 | $0.00 |

### Important Messages

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

### Additional Messages

Affected by COVID-19? Assistance may be available. We offer relief options, such as a forbearance - a temporary suspension of payments and payment deferment. Visit our website www.shellpointmtg.com or call us at 866-825-2174 to see if you qualify.

For questions regarding the servicing of your loan, please contact us at 800-365-7107 Monday-Friday 8:00AM-10:00PM, and Saturday 8:00AM-3:00PM.

Repayment options may be available to you. Call 800-365-7107 to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 800-365-7107.

**For information about your payments, total amount due, and any additional payment history, see reverse side.**

### **Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 10/20/2020, you are 80 days delinquent on your mortgage loan.

Recent Account History
o Payment due 05/01/20:  fully paid on 08/21/20
o Payment due 06/01/20:  fully paid on 08/21/20
o Payment due 07/01/20:  fully paid on 08/21/20
o Payment due 08/01/20:  unpaid balance of $1,290.17
o Payment due 09/01/20:  unpaid balance of $1,204.47
o Payment due 10/01/20:  unpaid balance of $1,204.47
o Payment due 11/01/20:  current payment due

o Total: $4,864.32 due.  You must pay this amount to bring your loan current.

If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance.

Detach and return with payment.

# Shellpoint

**Mortgage Servicing**

| | |
|---|---|
| Loan Number: | 0579713746 |
| ARTHUR LEE HARRIS | |

Property Address:
617 DANIELS AVE
VALLEJO CA 94590

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

*Recieved on monday*

### Amount Due

| | |
|---|---|
| Payment Due Date | 11/01/2020 |
| Total Amount Due | $4,864.32 |

$39.26 late fee may be charged after 11/16/2020

Please write clearly inside space provided

| | |
|---|---|
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** (Please do not send cash) | $ |

0100007255930000034956300116521001204470579713746110120116207

*10/26/2020 At 11Am*

# Shellpoint

**Mortgage Servicing**

*Superior Court of* *ORIGINAL*

** DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS
P.O. Box 619063 • Dallas, TX 75261-9063

## MORTGAGE STATEMENT
Statement Date: 08/20/2020

| | |
|---|---|
| Account Number | 0579713746 |
| Next Due Date | 09/01/2020 |
| Amount Due | $6,058.05 |

*If payment is received after 09/16/2020, $39.26 late fee may be assessed.*

| | |
|---|---|
| Phone: | 800-365-7107 |
| Website: | www.shellpointmtg.com |

1-811-11416-0007980-001-1-000-010-000-000

ARTHUR LEE HARRIS
1902 2ND AVE APT 520
SEATTLE WA 98101-1135

### Explanation of Amount Due

| | |
|---|---|
| Principal | $359.09 |
| Interest | $622.33 |
| Escrow (Taxes and Insurance) | $183.79 |
| **Regular Monthly Payment** | **$1,165.21** |
| Total Fees and Charges | $64.26 |
| Overdue Payment | $4,828.58 |
| **Total Amount Due** | **$6,058.05** |

## Account Information

| | |
|---|---|
| Outstanding Principal | $182,464.56 |
| Interest Rate | 4.1250% |
| Prepayment Penalty | None |
| Property Address: | 617 DANIELS AVE |
| | VALLEJO CA 94590 |
| Contractual Due Date: | May 1, 2020 |
| Current Escrow Balance: | $261.47 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $352.98 | $1,404.70 |
| Interest | $628.44 | $2,520.98 |
| Escrow | $183.79 | $757.32 |
| Fees/Late Charges | $0.00 | $0.00 |
| Unapplied Partial Payment | $0.02 | $0.04 |
| Total | $1,165.23 | $4,683.04 |

## Transaction Activity (07/20/2020 - 08/19/2020)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 07/21/2020 | Regular Payment - (Due 4/1/2020) | $0.00 | $1,165.21 |
| 07/21/2020 | Partial Payment Unapplied* | $0.00 | $0.02 |
| 07/27/2020 | Property Inspection Disbursement | $25.00 | $0.00 |
| 07/30/2020 | Hazard Disbursement | $293.00 | $0.00 |
| 08/17/2020 | Late Charge Assess (because full payment not received by 8/16/2020) | $39.26 | $0.00 |

(A)

## Important Messages

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

## Additional Messages

Affected by COVID-19? Assistance may be available. We offer relief options, such as a forbearance - a temporary suspension of payments and payment deferment. Visit our website www.shellpointmtg.com or call us at 866-825-2174 to see if you qualify.

For questions regarding the servicing of your loan, please contact us at 800-365-7107 Monday-Friday 8:00AM-10:00PM, and Saturday 8:00AM-3:00PM.

Repayment options may be available to you. Call 800-365-7107 to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 800-365-7107.

For information about your payments, total amount due, and any additional payment history, see reverse side.

## **Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure -- the loss of your home. As of 08/20/2020, you are 111 days delinquent on your mortgage loan.

Recent Account History
o Payment due 03/01/20: fully paid on 04/07/20
o Payment due 04/01/20: fully paid on 07/21/20
o Payment due 05/01/20: unpaid balance of $1,279.43
o Payment due 06/01/20: unpaid balance of $1,204.47
o Payment due 07/01/20: unpaid balance of $1,204.47
o Payment due 08/01/20: unpaid balance of $1,204.47
o Payment due 09/01/20: current payment due
o Total: $6,058.05 due. You must pay this amount to bring your loan current.

If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance.

Detach and return with payment.

# Shellpoint

**Mortgage Servicing**

Loan Number: 0579713746
ARTHUR LEE HARRIS

Property Address:
617 DANIELS AVE
VALLEJO CA 94590

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

### Amount Due

| | |
|---|---|
| Payment Due Date | 09/01/2020 |
| Total Amount Due | $6,058.05 |

*$39.26 late fee may be charged after 09/16/2020*

Please write clearly inside space provided

| | |
|---|---|
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| Total Amount Enclosed (Please do not send cash) | $ |

0100072985820000349563001165210012044705797137466090120091620



**Shellpoint**
Mortgage Servicing

DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS
P.O. Box 619063 • Dallas, TX 75261-9063

1-811-11416-0007980-001-1-000-010-000-000

ARTHUR LEE HARRIS
1902 2ND AVE APT 520
SEATTLE WA 98101-1135

## MORTGAGE STATEMENT
Statement Date: 08/20/2020

| | |
|---|---|
| Account Number | 0579713746 |
| Next Due Date | 09/01/2020 |
| **Amount Due** | **$6,058.05** |

If payment is received after 09/16/2020, $39.26 late fee may be assessed.

| | |
|---|---|
| Phone: | 800-365-7107 |
| Website: | www.shellpointmtg.com |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $359.09 |
| Interest | $622.33 |
| Escrow (Taxes and Insurance) | $183.79 |
| **Regular Monthly Payment** | **$1,165.21** |
| Total Fees and Charges | $64.26 |
| Overdue Payment | $4,828.58 |
| **Total Amount Due** | **$6,058.05** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $182,464.56 |
| Interest Rate | 4.1250% |
| Prepayment Penalty | None |
| Property Address: | 617 DANIELS AVE |
| | VALLEJO CA 94590 |
| Contractual Due Date: | May 1, 2020 |
| Current Escrow Balance: | $261.47 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $352.98 | $1,404.70 |
| Interest | $628.44 | $2,520.98 |
| Escrow | $183.79 | $757.32 |
| Fees/Late Charges | $0.00 | $0.00 |
| Unapplied Partial Payment | $0.02 | $0.04 |
| Total | $1,165.23 | $4,683.04 |

### Transaction Activity (07/20/2020 - 08/19/2020)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 07/21/2020 | Regular Payment - (Due 4/1/2020) | $0.00 | $1,165.21 |
| 07/21/2020 | Partial Payment Unapplied* | $0.00 | $0.02 |
| 07/27/2020 | Property Inspection Disbursement | $25.00 | $0.00 |
| 07/30/2020 | Hazard Disbursement | $293.00 | $0.00 |
| 08/17/2020 | Late Charge Assess (because full payment not received by 8/16/2020) | $39.26 | $0.00 |

### Important Messages

*Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

### Additional Messages

Affected by COVID-19? Assistance may be available. We offer relief options, such as a forbearance - a temporary suspension of payments and payment deferment. Visit our website www.shellpointmtg.com or call us at 866-825-2174 to see if you qualify.

For questions regarding the servicing of your loan, please contact us at 800-365-7107 Monday-Friday 8:00AM-10:00PM, and Saturday 8:00AM-3:00PM.

Repayment options may be available to you. Call 800-365-7107 to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 800-365-7107.

For information about your payments, total amount due, and any additional payment history, see reverse side.

### **Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 08/20/2020, you are 111 days delinquent on your mortgage loan.

Recent Account History
o Payment due 03/01/20:  fully paid on 04/07/20
o Payment due 04/01/20:  fully paid on 07/21/20
o Payment due 05/01/20:  unpaid balance of $1,279.43
o Payment due 06/01/20:  unpaid balance of $1,204.47
o Payment due 07/01/20:  unpaid balance of $1,204.47
o Payment due 08/01/20:  unpaid balance of $1,204.47
o Payment due 09/01/20:  current payment due
o Total: $6,058.05 due.  You must pay this amount to bring your loan current.

If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance.

Detach and return with payment.

**Shellpoint**
Mortgage Servicing

Loan Number:  0579713746
ARTHUR LEE HARRIS

Property Address:
617 DANIELS AVE
VALLEJO CA 94590

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039

### Amount Due

| | |
|---|---|
| Payment Due Date | 09/01/2020 |
| Total Amount Due | $6,058.05 |

$39.26 late fee may be charged after 09/16/2020

Please write clearly inside space provided

| | |
|---|---|
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** (Please do not send cash) | $ |

0100072985820000349563001165210012044705797137466090120091620b

Shellpoint (S)
**Mortgage Servicing**
DO NOT SEND MAIL OR PAYMENTS TO THIS ADDRESS
. P.O. Box 619063 • Dallas, TX 75261-9063

Statement Date: 07/20/2020

| | |
|---|---|
| Account Number | 0579713746 |
| Next Due Date | 08/01/2020 |
| Amount Due | $5,993.81 |
| *If payment is received after 08/16/2020, $39.26 late fee may be assessed.* | |

| | |
|---|---|
| Phone: | 800-365-7107 |
| Website: | www.shellpointmtg.com |

3-811-11053-0008145-001-1-000-010-000-000
ldplmplllmpllmdplllmllmlllmllmlllpmlmllplll

ARTHUR LEE HARRIS
1902 2ND AVE APT 520
SEATTLE WA 98101-1135

*Recieved on Monday 7/27/ 2020 AT 1:40pm*

### Explanation of Amount Due

| | |
|---|---|
| Principal | $357.86 |
| Interest | $623.56 |
| Escrow (Taxes and Insurance) | $183.79 |
| Regular Monthly Payment | $1,165.21 |
| Total Fees and Charges | $64.26 |
| Overdue Payment | $4,764.34 |
| **Total Amount Due** | **$5,993.81** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $182,817.54 |
| Interest Rate | 4.1250% |
| Prepayment Penalty | None |
| Property Address: | 617 DANIELS AVE |
| | VALLEJO CA 94590 |
| Contractual Due Date: | April 1, 2020 |
| Current Escrow Balance: | $370.68 |

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $1,051.72 |
| Interest | $0.00 | $1,892.54 |
| Escrow | $0.00 | $573.53 |
| Fees/Late Charges | $0.00 | $0.00 |
| Unapplied Partial Payment | $0.00 | $0.02 |
| Total | $0.00 | $3,517.81 |

### Transaction Activity (06/20/2020 - 07/19/2020)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 6/23/2020 | Property Inspection Disbursement | $25.00 | $0.00 |
| 7/17/2020 | Late Charge Assess (because full payment not received by 7/16/2020) | $39.26 | $0.00 |

(B)

### Important Messages

Partial Payments: Any partial payments that you make are not applied to your mortgage, but instead are held in a separate suspense account according to applicable state law. If you pay the balance of a partial payment, the funds will be applied to your mortgage.

### Additional Messages

Federal law requires us to tell you how we collect, share, and protect your personal information. Our Privacy Policy has not changed. You can review our policy and practices with respect to your personal information at www.shellpointmtg.com or request a copy to be mailed to you by calling us at 800-365-7107.

For questions regarding the servicing of your loan, please contact us at 800-365-7107 Monday-Friday 8:00AM-10:00PM, and Saturday 8:00AM-3:00PM.

Repayment options may be available to you. Call 800-365-7107 to discuss payment arrangements. Failure to act on this matter may result in us exercising our legal rights as permitted by the contract and applicable state laws.

For information about your payments, total amount due, and any additional payment history, see reverse side.

### **Delinquency Notice**

You are late on your mortgage payments. Failure to bring your loan current may result in fees and foreclosure – the loss of your home. As of 07/20/2020, you are 110 days delinquent on your mortgage loan.

Recent Account History
o Payment due 02/01/20:   fully paid on 03/03/20
o Payment due 03/01/20:   fully paid on 04/07/20
o Payment due 04/01/20:   unpaid balance of $1,215.19
o Payment due 05/01/20:   unpaid balance of $1,204.47
o Payment due 06/01/20:   unpaid balance of $1,204.47
o Payment due 07/01/20:   unpaid balance of $1,204.47
o Payment due 08/01/20:   current payment due
o Total: $5,993.81 due. You must pay this amount to bring your loan current.

If You Are Experiencing Difficulty: Please refer to the back of this statement for additional messages about mortgage counseling and assistance.

---

Detach and return with payment.

*Recieved on Monday 7/27/2020*

Shellpoint (S)
**Mortgage Servicing**
Loan Number:  0579713746
ARTHUR LEE HARRIS

Property Address:
617 DANIELS AVE
VALLEJO CA 94590

*AT 1:40 pm*

SHELLPOINT MORTGAGE SERVICING
PO BOX 740039
CINCINNATI OH 45274-0039
llllllllpllllmplllllplllmllllllllpllllplllllllpllllll

| Amount Due | |
|---|---|
| Payment Due Date | 08/01/2020 |
| Total Amount Due | $5,993.81 |
| *$39.26 late fee may be charged after 08/16/2020* | |

Please write clearly inside space provided

| | |
|---|---|
| Payment Amount | $ |
| Additional Principal | $ |
| Late / Other Charges | $ |
| Additional Escrow | $ |
| Total Amount Enclosed (Please do not send cash) | $ |

0100073127020000349563001165210012044705797137466080120081620 2

Account Number    0579713746



**Important Notice:** NewRez LLC dba Shellpoint Mortgage Servicing is a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. NewRez LLC dba Shellpoint Mortgage Servicing's NMLS ID is 3013.

If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt, please be advised that this notice is to advise you of the status of your mortgage loan. This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicable bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against the collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**
You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan. If you want to request information about your loan or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Informational Request, please write to us at the following address:

Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603

For budget advice and credit counseling assistance please call the U.S. Department of Housing and Urban Development (HUD) at 800-569-4287 or at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm.

Amounts paid in excess of your payment amount will first be used to satisfy any delinquency. If there are no past due amounts then excess funds paid will be posted to your principal balance. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Shellpoint Mortgage Servicing may assess a returned check fee consistent with the laws for your state and your loan documents on all checks returned by your financial institution. Additionally, Shellpoint may charge a fee for processing payoff requests.

Si usted no entiende el contenido de esta carta, por favor contacte a uno de nuestros representantes que hablan Español al número 800-365-7107.

If you prefer to receive communication in a language other than English, please contact us at 800-365-7107 to speak with a translator in your preferred language about the servicing of your loan or a document you received.

A successor in interest is someone who acquires an ownership interest in a property secured by a mortgage loan by transfer upon the death of a relative, as a result of a divorce or legal separation, through certain trusts, between spouses, from a parent to a child, or when a borrower who is a joint tenant or tenant by the entirety dies. If you are a successor in interest, or you think you might be, please contact by phone, mail or email to start the confirmation process.

Please be advised that Shellpoint utilizes third-party providers in connection with the servicing of your loan, but Shellpoint remains responsible for all actions taken by third-party providers.

## Address, Phone, and Name Changes

Type of change (check all that apply)

\_\_\_\_ Address   \_\_\_\_ Phone   \_\_\_\_ Name**   \_\_\_\_ Email Address

**\*\*Please remember:**
Name changes require a signature and a copy of a legal document noting the new name. Examples of legal documents are marriage licenses and divorce decrees.

Your Account #: _____   Social Security Number: _____

Old Borrower Name: _____   New Borrower Name: _____

Old Co-Borrower Name: _____   New Co-Borrower Name: _____

Borrower Signature: _____   Co-Borrower Signature: _____

New Mailing Address: _____

_____

_____

New Phone Number: Day (\_\_\_) \_\_\_ \_\_\_\_   Evening (\_\_\_) \_\_\_ \_\_\_\_   Email Address _____

```
//.
              R E C E I P T
              -------------

SUPERIOR COURT OF CALIFORNIA

Receipt Number: CMFF397700
Date:            22-FEB-2021
Cashier:         GURETA
Comment: FCS056039

Payor:   NORTHERN CALIFORNIA LEGAL SUPP
Address: 1814 I ST
         SACRAMENTO, CA  95814

Qty Description              Amount
--- ------------- ------------------
 73  GC70627A PREP            36.50
     Check 112614            -36.50

         ------------------------
    Total Payment:            36.50


    Amt. Tendered:             0.00


         Change:               0.00

Outstanding Balance:          0.00

    Case Due Date:
```

Arthur Harris
1902 2nd Ave #520
Seattle, Washington
98101
Phone: (206) 643·6719
(In Pro Per)

FILED
Clerk of the Superior Court

FEB 11 2021

By _____ DEPUTY CLERK

Solano County Superior Court
of Solano

| Arthur Harris | 1st Supplimental to |
|---|---|
| Plaintiff | Complaint |
| vs | |
| New Rez LLC ; Shellpoint | case # FCS056039 |
| Mortgage Company | |
| Defendant. | complaint for damages pursuant |
| | to the federal and california |
| | fair debt collection practices |
| | acts in vidation of 15USC |
| | 1692d 1-6, and california |
| See Rosen Fair | civil code section 1788-1788.33 |
| Debt Collector Practice | |
| Act | |

DMS

①

(2)

# I
# Brief Facts

Since June 1, 2019, DiTech Financial, LLC, New ReZ LLC, and Shell point mortgage managment Company, have been Sending Plaintiff Many Invoices Claiming That he owe Them unpaid Money against his deed of Trust/mortgage, Contract That he initcially Sign with Penacle Finance Company on September 30, 2015. In The body of Those invoices, New ReZ and Shell point stated what Plaintiff owed Them money For. They only stated That he owed Them. In reply To Those Invoices, Plaintiff Send Shell point Copies of all his payment via Bank of america Cashier checks, proving To Them That I owe Them nothing. Plaintiff Sent Them Checks TO Show Them That he Paid Them February, march, april, May, June and July of 2620, already and did not owe Them nothing else. dispite Plaintiff Send The Evidence To Them, They'd Continue To Send him more invoice requesting The Same Thing. so Plaintiff got Tire Of recieving Those dishonest, and abus ②

(3)

busive Bills From Them. with be so,
cause him To File a Law suit against
Them In Federal District Court In Sea-
Tle, WASHingTon, under 15 usc 1692d
-1-6 Et al, Filed In That Court on
April 15, 2020. See case no. 2:20 CV-00
642 JCC, This case is still pending be
Fore That Court awaiting The assigned
Judge To Send out The Summons To The
defendants In That Case, Plaintiff Com
plained To The Court That Shell Point
was sending me Bills and enusces Try
ing To Collect money From me That I
already paid Them. plaintiff also chall
enged The Federal Law That gAve Them
The Authority To Transfer his deed of
Trust, (as California, refer it as) across
STAte Lines, without his PartisPation,
and permission, as being unconstitut
ional on its Face. See 12usc 2605, Bec
ause iT denid him (The borrower) due
process of Law To defend against The
TransFer. ConTinuing Their deceptive and
abusive, behavior In his Case, Plaintiff
Just recieved (a notice of default and
entent To ExcLelerate notice) on
June 12, 2020, From Them Threating him
with Foreclosure proceeding being imes ③

ed upon him if he Fail To pay Them
additional money Compounded on
(4) top of The money That he has already
Paid Them already paid Them. See
Exhibit (A), In reply To This newest
Invoise, PlainTiff Sent a copy To The
District Court, and one To new Rez,
and Shell point, That Same day For
Their records. what disturb me (as Pla
inTiff in This case) is The waring
in Their notice That They could Legally
under California Per Law Per Califor
nia civil code Section 2924, Place
myself in Foreclosure without Taking
me To courts (See page (2) of The notice
Labled important Notice) concerned
PlainTiff Called, and wrote, Shellpoint
admonshing Them That They were dead
wrong if They'd Thought That Could use
Some unconstitutional California
Law giving Them The authority To Fore-
close on myself with giving me a
chance To with out First giving me an
opportunity to challenge That Foreclosue
proceeding in Courts. I went on To
Explain To Them That Such a process
is a Violation on my due process of
Law right under The Fifth and 14th (4)

amendment To The united States
Constitution. especially agaist The
(5) 14Th amendant whic States, In per
Tinant Part

nor Shall any STate deprive
any person of live, Liberty or
property, without due process
of Law,

No state Shall make or enforce
any Law which Shall abridge
The priviledges or Immunit
ies of citizen of The united
STates

Nor deny To any person within
its Jurisdiction The Equal pro
Tection of The Laws.

Becase The Due process vests in The
body of our Constitution, what ever Calif
ornia California Law or statute Thex
wore using To Justify Their Foreclouses
Decision, Plaintlff Explain To Them
wore wrong and unconstiTution on
There Face. and were Violative OF The
5Th and 14ᵗʰ amendment.                    (5)

Plaintiff went on To explain To Shell-
Point That because The 14th amendment
was not on Their side in his case,
They should reconsider Their fore
closesure decision, and conduct
an audit of his payment History
and if so, The would Find That He
does not owe Them any back mortga
ge money That Justify Them Sending
him any envoices in The First place,
and centainly does not Justyfy
Staarting mortgage fore closesure
proceeding against Him. Shell Point
and new Rez LLC, your notic of default
pleading is deceptive, and abusive
Because I owe you nothing because
I have already paid you That money
you are Complaining about, Plain
Tiff went on To Tell Them See Attach
Labled Exhibit Exhibit(B). Plaintiff
Finally Told Shell point To stop sending
him Those deceptive and abusive
Invoices or if They did not, He will
sue Them. In reply, to plaintiff Many
warning over The Last Six months
To Them, They id responed, by Sending
him This Latest invoice receved
by him on June 12 2020, demanding

The Same payments over and over again. Plaintiff Contends That because They, The defendant, keep doing, despite him many warning To cease and decist This behavior, He Files This Second Law suit against Them.

II

Prayer For Relif

Plaintiff prays For The Following

(1) That This Court order defendants to Stop Sending him Fradulant Foreclosure notices and deceptive Invoices In This Case,

(2) He demand That This Court order defendant pay Him 350,000 dollars In punitive damages

(3) Plaintiff also demands That defendant be ordered To Pay Him another 350,000 dollars In General and Compensatory Damages

(3) Plaintiff Further demands That This Court order defendants To pay him ⑦

another 350,000 dollars for court
cost, which include, But, not limit
(8) ed to, court Filing Fees, Attorney
Fees if necessary, trial Fees,
if necessary, and General Fees
covering the entire prosecution of
This case, All monies to be ordered
payable consecutely. Finally, Plain
Tiff demands that This court place
an Injunction on defendants attem
pt to Foreclose on his Home de
manding That they stop persuing
This path against Plaintiffs For all
of The reasons That he has shown
above, and grant him any other
relief This court deems Just and
proper.

IV.

I, Arthur Harris, That all of the above Is
True and correct under Both State and
Federal Laws

Respectfully Submitted

Dated 11/12/2020        Arthur Harris        (8)

Arthur Harris
1902 2nd Ave #520
Seattle, Washington 98101
Phone: (206) 643-6719
In Proper

F I L E D
Clerk of the Superior Court

FEB 11 2021

By_____
DEPUTY CLERK

① 

Superior Court of California
County of Solano, City of Fairfield    FCS056039

| | |
|---|---|
| Arthur Harris<br>Plaintiff<br>Vs.<br>New Rez LLC.; Shellpoint<br>Mortgage Company<br>Defendants | 2nd Sppelimental to complaint<br><br>complaint for damages<br>under california civil<br>code section- 2923, (4)<br>and (5) unlawful foreclosure<br>and 1788. 1788.33<br>california Rosenburg Act |

To the court,
    on or about August 10th 2020, Plaintiff
Sent Shellpoint mortgage servicing company
a Bank of America cashiers check in the amount
of 1,165.23 to cover his September 1, 2020 to
October 1, 2020 mortgage payment, Shellpoint sent
him (Plaintiff) two letters.

DMS

①

(2)   A Letter Dated 8/21/2020, That he
recieved on 8/31 2020, Informing
him That They were Sending him back
That Check because he'd payed them
past The 90 days August 24, 2020 pay-
ment default day. See Exhibit A and C
Attached hereTo and Labled The Same
also (See Exhibit (B) For The Same rea
sons~a copy of The returned check)
The Sent back check Covered September
2020 Mortgage payment Cycle.
not Totally underying Shell points posdion
Here, plaintiff assume That They are not
accepting any FurThen payment From him
on This account. IF plaintiffs assumption
is correct Here, He request That This Co
urt Contact Shell point and order Them
To immediately provide him His deed
OF trust in This Case. In That Same Letter
They'd (Shell Point) also apologize to him
(Plaintiff) For causing him inconvenien
cees in his case. see Exhibit A. Plaintff
also recieved two more Letter From Shell
Point during This Same Time frame.(a)
Dated 8/21/2020. That He recieved
on Saturday 8/29/2020, which notified
Him That he was being notified OF default
and Acceleration Intent (see Exhibit

②

(3)   C) and (2) He Finally recieved a Letter
From Them Dated 8/17/2020 That He
recieved on monday 8/24/2020, giving
Item Contact information on new Rez LLC,
and on DiTeach II LLC. See Exhibt (D). based
on all of This Latest Comespondance That
PlainTiff has recently recieved From New
Rez and Shell point management Servi
cing Company, He doesn't Know wheTher
They are going To proceed with Foreclosure
proceeding against him or if They are
Conceding This Situation To him. none
of Those Letter clearly explain To PlanTiff
Their Intention going Forward. one Thing
PlainTiff does understand in This Case.
is That he never was delinquent in his
payment on his mortgage Contract, and
That he never b were place in deFault, and
That he never owe new Rez ord Shell P
oint any Back mortgage payments sin
ce They'd claim They'd own his ContracT
on Febrdary 4, 2020. and That any Fore
closure Proceeding That Shell point might
Try To File on PlainT.iff is wrong, illegal,
and amounts To wrongFul Foreclosure
under Both California and Federal
Laws. However, if They are Conceding
The legal Situation In This Case, as pla-

(3)

(4) Plaintiff has set forth in his complaints against them, then he request that this court order them to clarify their position as such, and, if warrantive, order them to immediately give him his Deed of Trust. In addition to all of the above, Plaintiff daughter, Emailed Shellpoint several bank of america cashier checks in the amount of 1,165.23 covering the months of February 2020 thru September 2020. on august 12, 2020. Shellpoint acknowledge reciept of those checks by Email sent to Plaintiff on august 13, 2020. However, on 8/17/2020, Shellpoint, After Plaintiff proved to them that he'd owe them no money by those Emails, sent him another Default notice claiming that he owe them another 4,000 dollars and change. Shortly, After That, Plaintiff recieved three (3) other Letter(s) from Shellpoint that he has cited above in this document.

respectfully Submitted

Dated 11/12/2020    Arthur Harris