UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| Arthur Harris, | No. 2:20-cv-02340-KJM-CKD |
|---|---|
| Plaintiff, | |
| v. | |
| New Rez., LLC et al., | |
| Defendants. | |
| Arthur Harris, | No. 2:21-cv-00636-KJM-JDP |
| Plaintiff, | RELATED CASE ORDER |
| v. | |
| New Rez. LLC, et al., | |
| Defendants. | |

    Examination of the above-captioned actions reveals they are related within the meaning of Local Rule 123(a). They involve the same parties and the same or a similar dispute about the same real property. "[T]heir assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort." Local Rule 123(a)(3).

    The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same district judge and magistrate judge—it does not consolidate the actions.

1

Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

As a result, it is hereby ordered that case No. 2:21-cv-00636-KJM-JDP is reassigned from Magistrate Judge Jeremy D. Peterson to Magistrate Judge Carolyn K. Delaney.  No reassignment of district judges is necessary, as both actions are currently proceeding before the undersigned. The caption of the reassigned case should display the new case number, i.e., No. 2:21-cv-00636-KJM-CKD.

It is further ordered that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

This order resolves ECF No. 3.

IT IS SO ORDERED.

DATED: April 20, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE